# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| United States of America<br>v.<br>Nathan Naloe Williams,<br><br>*Defendant(s)* | )<br>)<br>)  Case No.  4:21-mj-70415-MAG<br>)<br>)<br>)<br>) |

**FILED**

Mar 08 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __October 7, 2020__ in the county of __Alameda County__ in the __Northern__ District of __California__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922(g)(1) | Felon in Possession of Firearm and Ammunition<br><br>Maximum Penalties: 10 years' imprisonment, maximum $250,000 fine, maximum 3 years' supervised release, $100 special assessment, forfeiture |

This criminal complaint is based on these facts:

See attached affidavit of ATF Special Agent Jameiz Terrell

☑ Continued on the attached sheet.

Approved as to form  */s/ Molly K. Priedeman*
AUSA  Molly K. Priedeman

*/s/ Jameiz Terrell*
*Complainant's signature*

Jameiz Terrell, ATF
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:  March 8, 2021

*Judge's signature*

City and state:  San Jose, California

Hon. Susan van Keulen
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Jameiz Terrell, a Task Force Officer with the United States Bureau of Alcohol, Tobacco, Firearms and Explosives, being duly sworn, state:

### I. INTRODUCTION

1. I submit this affidavit in support of an application under Rule 4 of the Federal Rules of Criminal Procedure for a criminal complaint and arrest warrant authorizing the arrest of Nathan WILLIAMS ("WILLIAMS") for being a felon in possession of a firearm and ammunition in violation of Title 18, United States Code, Section 922(g)(1) on or about October 7, 2020, in the Northern District of California.

### II. SOURCES OF INFORMATION

2. This affidavit is submitted for the limited purpose of securing a criminal complaint and arrest warrant. I have not included every fact known to me concerning this investigation. Instead, I have set forth only the facts necessary to establish probable cause that violations of the federal law identified above have occurred. Further, my understanding of the significance of certain events and facts may change as the investigation progresses.

3. I have based my statements in this affidavit on my training and experience, personal knowledge of the facts and circumstances obtained through my participation in this investigation, information provided by other agents and law enforcement officers, including officers with the Richmond Police Department, information provided by reports prepared by other agents and law enforcement officers, and information provided by records and databases, including regarding WILLIAMS criminal history. I believe these sources to be reliable. Where I refer to conversations and events, I often refer to them in substance and in relevant part rather than in their entirety or verbatim, unless otherwise noted. This affidavit also reflects my current understanding of facts relating to this investigation, but my understanding may change in the future as the investigation proceeds.

### III. AFFIANT BACKGROUND

4. I am a Task Force Officer ("TFO") with the United States Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") and have so been sworn since June 2019. I am presently assigned to the ATF Oakland Field Office in Oakland, California. I am a law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7). I was trained as a police officer at the Napa Valley Police Academy in Napa, California, and I am currently employed by the City of Richmond, CA.

5. As an ATF TFO, I have conducted and participated in both state and federal investigations involving the trafficking of firearms and distribution of controlled substances. I have investigated and assisted in the prosecution of criminal street gangs engaged in illegal narcotics and firearms trafficking. During these investigations, I have participated in various types of investigative techniques, including electronic surveillance; undercover agents and informants; and controlled purchases of firearms and narcotics from suspects. I have participated in physical surveillance operations and have participated in the execution of state and federal arrest warrants and search warrants. In addition to utilizing the aforementioned investigative techniques, I have been required during these investigations to analyze information resulting from traditional record searches, pen registers and trap and trace devices, financial records, utility records, and telephone toll and subscriber records. I have interviewed numerous members and former members of gangs, as well as conferred with other law enforcement officers about: the slang, codes, symbols, graffiti, and dress of gang members; gang members' use of telephones, e-mail, and other methods of communication to conduct their criminal activities; gang members' use of false and fictitious identities to thwart law enforcement investigation of their activities.

### IV. APPLICABLE LAW

6. Title 18 U.S.C. § 922(g) prohibits a person from (1) knowingly possessing a firearm or ammunition, (2) that has been shipped or transported from one state or another or between a foreign nation and the United States, and (3) that at the time the individual possessed

the firearm or ammunition, the individual knew that he had been convicted of a crime punishable by imprisonment exceeding one year (i.e., a felony).

### V.   FACTS ESTABLISHING PROBABLE CAUSE

**A. Background**

    a.  **WILLIAMS's displays firearm on Instagram**

7.  On or about September 28, 2020, Richmond Police Department (RPD) Detectives were monitoring Nathan WILLIAMS's Instagram social media account "nastynatemm." WILLIAMS posted a live video of himself inside of a vehicle with a Glock style firearm. Detectives observed the Glock style firearm on WILLIAMS's lap. A screenshot of the video is shown below. I have used a red arrow to indicate the base of the gun visible on WILLIAMS's lap.

    b.  **Law enforcement attempts a traffic stop on WILLIAMS on or about October 3, 2020**

8.  On or about October 3, 2020, RPD Officers were patrolling the area of 4th Street and Macdonald Ave in Richmond, California. Officers observed a black Mercedes Benz S 550-

temporary plate CA (AU03Y79) in the area of 4th Street and Nevin Ave in Richmond, CA. RPD Officers recognized the black Mercedes Benz S550 as WILLIAMS's vehicle from previous contacts.

9. The officers observed the vehicle to be in violation of California Vehicle Code 26708(a)(1) – tinted windows and California Vehicle Code 5200(a) – two licence plates required. The officers activated their siren and emergency lights and attempted a traffic enforcement stop based on the violations. Instead of yielding, WILLIAMS fled from the officers, ultimately running a red light and reaching a speed of approximately 120 mph.  The officers were forced to terminate the pursuit after WILLIAMS entered the freeway due to unsafe speeds.

   c. **WILLIAMS discusses pursuit and possession of firearm on Instagram**

10. On or about October 3, 2020, after the pursuit, RPD Detectives again monitored WILLIAMS Instagram social media account "nastynatemm."  WILLIAMS was observed on a live video with another known Deep C criminal street gang member.  The other individual advised he heard the "rolla," a word that, based on my training and experience I know is commonly used to describe a police officer, was "on that man." WILLIAMS responded "I'm blowed though man. I ain't got no whip now bro."  In my training and experience, I understand "whip" to be a reference to a vehicle. Williams was asked if he left it somewhere, he replied it was parked safely. Williams then stated "And I threw the umm. Ya talking about."  WILIAMS also stated "I just threw the G man out.  I gotta get to the freeway about two or three in the morning."  In my training and experience, G man is a reference to a Glock pistol.  I believe WILLIAMS was referencing the fact that he threw his firearm out the window to avoid law enforcement to avoid detection, and he needed to retrieve it later.  WILLIAMS also stated "They thought I was going out.  You hear me.  I ain't going out."  Based on my training and experience, I believe this to be a reference to the fact that WILLIAMS was able to avoid detection by law enforcement.  Detectives conducted follow up for the firearm in the area of the pursuit but were unable to recover the firearm.

B.  **WILLIAMS possessed a firearm and ammunition on or about October 7, 2020**

11.     On or about October 7, 2020, WILLIAMS was arrested pursuant to a state arrest warrant based on the conduct described above.  Officers also obtained a state search warrant to search WILLIAMS's hotel room.  Based on information from RPD, I know that the room was registered to WILLIAMS and contained male clothing and WILLIAMS's indicia. Although I know there is some indication that women may have been at the room at some point, I also know that WILLIAMS appeared to be the sole occupant of the room at the time the search warrant was executed. A search of WILLIAMS's hotel room pursuant to the state search warrant revealed a black Glock 26 pistol (serial number YHY895) on the top shelf in the closet. A loaded ten round Glock magazine was inserted into the magazine well. The firearm was loaded with a live round. The magazine contained eight rounds of Blazer 9mm Luger rounds.

12.     According to law enforcement who observed the firearm, the firearm had scratch marks on the left and right side of the muzzle and along the left side of the slide and frame consistent with damage sustained from being thrown out of a vehicle on to the pavement. A photograph of the firearm is below, I have added a red circle to indicate the scratch marks.



13.     While the Detectives were searching his hotel room, WILLIAMS was seated outside but had a view of room's window. Prior to being mirandized, WILLIAMS

spontaneously and unprovoked said, "Well, you got me now. You got the gun, what are we waiting for? I have it for protection."

### C. WILLIAMS's Felony Convictions

14. I have reviewed WILLIAMS's criminal history as part of my investigation. WILLIAMS has been convicted of several crimes punishable by a term of imprisonment exceeding one year. On or about June 20, 2007, WILLIAMS was convicted of violating California Health and Safety Code § 11357(A) – Possession of Concentrated Marijuana and sentenced to 16 months in prison. On or about February 11, 2008, WILLIAMS was convicted of violating California Penal Code § 32 – Accessory and sentenced to 16 months in prison. On or about November 30, 2015, WILLIAMS was convicted of violating California Health and Safety Code § 11351.5 – Possess/Purchase Cocaine Base for Sale and sentenced to 16 months in prison.

### D. The Firearm Traveled in Interstate Commerce

15. I consulted with an ATF expert who informed me that the firearm and ammunition found in WILLIAMS's hotel room were manufactured outside the state of California and therefore must have crossed state lines to be located in Oakland, California.

## VI. REQUEST TO SEAL

16. The ATF's criminal investigation of WILLIAMS is ongoing. In addition, it is my belief that prematurely revealing the specific details and facts, as detailed in this affidavit, may cause flight from prosecution, destruction of or tampering with evidence, intimidating of potential witnesses, and otherwise seriously jeopardizing the investigation (e.g., prompting changes in behavior or notification of confederates). Accordingly, I request that the Court issue an order that the criminal complaint, this affidavit in support of the application for criminal complaint and arrest warrant, the application for the criminal complaint and arrest warrants and the attachment thereto, along with the order itself, be filed under seal until further order of the Court.

17. Based on the information set forth in the paragraphs above, I submit that there is probable cause to believe that on or about October 7, 2020, in the Northern District of California, Nathan WILLIAMS possessed a firearm and ammunition, in violation of 18 U.S.C. § 922(g)(1).

/s/ *Jameiz Terrell*
JAMEIZ TERRELL
Task Force Officer
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to before me over the telephone and signed by me pursuant to Fed.R.Crim.P. 4.1 and 4(d) this __8th__ day of March, 2021.

_____
HONORABLE SUSAN VAN KEULEN
United States Magistrate Judge