GEOFFREY HANSEN
Acting Federal Public Defender
Northern District of California
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
13th Floor Federal Building - Suite 1350N
1301 Clay Street
Oakland, CA 94612
Telephone:   (510) 637-3500
Facsimile:    (510) 637-3507
Email:         John_Reichmuth@fd.org

Counsel for Defendant Williams

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NATHAN NALOE WILLIAMS,<br><br>Defendant. | **Case No.:** CR 21–463 HSG<br><br>**DECLARATION OF JOHN PAUL REICHMUTH IN SUPPORT OF MOTION TO SUPPRESS**<br><br>**Court:**      Courtroom 2, 4th  Floor<br>**Hearing Date:**  April 20, 2022<br>**Hearing Time:**  10:00 a.m. |

I, John Paul  Reichmuth, declare the following:

1.   I am an attorney licensed to practice law in the state of California, and I am employed as an Assistant Federal Public Defender in Oakland, California for the Office of the Federal Public Defender for the Northern District of California. I have been appointed to represent Nathan Naloe Williams in the above-captioned case.

2.   I have attached as Exhibit A a true and correct copy of Richmond Police Department Report Case No. 2020-00009128 that I received from the government in discovery as Bates numbers US-00010—34.

3. I have attached as Exhibit B a true and correct copy of Contra Costa Search Warrant and Affidavit Case Report No. 202-9128 that I received from the government in discovery as Bates numbers US-00035—42.

4. I have attached as Exhibit C a true and correct copy of Richmond Police Department Officer Brian Hoffman's body-worn camera recording that I received from the government in discovery as Bates number US-000388.

5. I have attached as Exhibit D a true and correct copy of the Bureau of Alcohol, Tobacco, Firearms and Explosives Report of Investigation that I received from the government in discovery as Bates numbers US-00176—177.

6. I have attached as Exhibit E a true and correct copy of an internet advertisement for the purchase of Glock 26 air soft air pistols.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on March 2, 2022, in Oakland, California.


/s
JOHN PAUL  REICHMUTH

# EXHIBIT A

**EXHIBITS IN SUPPORT OF
DECLARATION OF JOHN PAUL
REICHMUTH IN SUPPORT OF MOTION
TO SUPPRESS**



**Richmond Police Department**
1701 REGATTA BLVD | RICHMOND, CA 94804 | P: 510.233.1214

## Case # 2020-00009128 – Crime/Incident Report Cover Sheet

| REPORT DATE / TIME | DISTRICT / ZONE | EVENT START DATE / TIME - EVENT END DATE / TIME |
|---|---|---|
| Oct 5, 2020 21:39 | CENTRAL / 6 | Oct 3, 2020 20:07 - Oct 5, 2020 21:30 |

### OFFENSE-1

| OFFENSE CODE | | |
|---|---|---|
| DISREGARD SAFETY:EVADE POLICE | 2800.2 (A) | | |

| OFFENSE LOCATION | OFFENSE START DATE | OFFENSE END DATE |
|---|---|---|
| 4TH ST & NEVIN AVE, RICHMOND, CA 94801 | Oct 3, 2020 20:07 | Oct 7, 2020 22:34 |

### OFFENSE-2

| OFFENSE CODE | WEAPON / FORCE INVOLVED |
|---|---|
| FELON/ADDICT/POSSESS/ETC FIREARM | 29800(a)(1) | Other Firearm |

| OFFENSE LOCATION | OFFENSE START DATE | OFFENSE END DATE |
|---|---|---|
| 4TH ST & NEVIN AVE, RICHMOND, CA 94801 | Oct 3, 2020 20:07 | Oct 7, 2020 22:34 |

### OFFENSE-3

| OFFENSE CODE | WEAPON / FORCE INVOLVED |
|---|---|
| CARRY CONCEALED WEAPON IN VEHICLE | 25400(a)(1) | Other Firearm |

| OFFENSE LOCATION | OFFENSE START DATE | OFFENSE END DATE |
|---|---|---|
| 4TH ST & NEVIN AVE, RICHMOND, CA 94801 | Oct 3, 2020 20:07 | Oct 7, 2020 22:34 |

### INVOLVED PERSONS

| INVOLVEMENT | NAME | HOME ADDRESS | DOB / ESTIMATED AGE RANGE | RACE | SEX |
|---|---|---|---|---|---|
| S-1 | NATHAN NAILOE WILLIAMS | ███ ██████ ████ | ████████ | Black | Male |

### INVOLVED ORGANIZATIONS

| INVOLVEMENT | NAME | ADDRESS |
|---|---|---|
| V-1 | STATE OF CA | |
| R-1 | Richmond Police Department | |

### INVOLVED PROPERTY

| STATUS | ITEM CATEGORY | DESCRIPTION |
|---|---|---|
| Evidence/Seized | Pistol, Semi-automatic | BLACK GLOCK 26 SEMI-AUTOMATIC .9MM PISTOL, TEN ROUND GLOCK MAGAZINE, UNFIRED BULLETS |

### INVOLVED VEHICLES

| STATUS | ITEM CATEGORY | MAKE / MODEL / PRIMARY COLOR |
|---|---|---|
| None | Passenger Car/ Automobile | Mercedes-Benz / unknown / Black |

### NARRATIVE

**Instagram Posts (nastynatemm):**

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| Orlando Guzman #1652   Oct 8, 2020 19:27 (e-signature) | Pablo Cooper #1430   Oct 8, 2020 19:54 (e-signature) |
| PRINT NAME | PRINT NAME |
| Orlando Guzman #1652 | Pablo Cooper #1430 |

**Richmond Police Department**   1701 REGATTA BLVD | RICHMOND, CA 94804 | P: 510.233.1214     Pg 1 of 5
*NOTE: Summarized report. More data regarding this report may exist in the RMS.*
*Mark43 RMS Form v2.0 generated by J. Terrell #1712 on Feb 9, 2021 14:56.*

US-00010

On 09/28/2020, at 1757 hours, Detective Caine was monitoring social media and reviewed Nathan Williams' Instagram social media account "nastynatemm". Williams posted a live feed of himself inside a vehicle with a firearm. Detective Caine showed me the video and I reviewed the video in its entirety.

I recognized the subject in the Instagram live video as Nathan Williams. Williams was inside a vehicle that had black interior and moon roof. The camera was oriented towards Williams and it captured his lap and upper body. Williams was wearing a Cincinnati Reds baseball flat bill hat and a chain that spelled "NASTY". On his lap, Williams appeared to have a firearm. The frame, magazine, and portions of the left side of the firearm were visible in the video. I could see the base plate of a black Glock magazine oriented towards the camera. The base plate of the magazine had the Glock logo. The magazine appeared to be inserted into the magazine well of the firearm and it protruded approximately one inch from the magazine well indicating it could be an extended magazine.

Based on my training and experience as a firearms instructor, I believe the firearm in the live feed Instagram video to be a genuine pistol. It did not display an orange tip indicating it might be a replica firearm. The frame, trigger guard, grip, and the Glock magazine led me to believe that Williams was in possession of a Glock pistol.

### Traffic Stop on Vehicle

On October 3, 2020, I was in the area of 4th Street and Macdonald Avenue conducting a security check due to an increase in gun violence and a homicide that occurred on 09/18/2020 (Refer to 20-8505). Officer Shanks and I were working a violence suppression operation to disrupt gun violence within the City of Richmond. I was driving marked black and white patrol vehicle number 1152. The vehicle was equipped with emergency lights (to include the solid forward facing red light) and siren. We wore the department issued uniform.

At approximately 2007 hours, I was driving eastbound on Nevin Avenue approaching 4th Street when my attention was drawn to a black Mercedes Benz S 550. The vehicle was stopped in the intersection of 4th Street and Nevin Avenue oriented north. The vehicle did not have a front license plate and the vehicle's windows were tinted.

The vehicle matched the description of Nathan Williams' vehicle. Williams commonly frequented the area of 4th Street and Macdonald Avenue. In addition, I was present when Officer Woody conducted a traffic enforcement stop on Williams at 1st Street and Macdonald Avenue. I have seen Williams in the same vehicle which was a black newer model Mercedes Benz S 550 (CA Temporary Plate ██████). Refer to Officer Woody's report number 20-9133 for additional information.

The vehicle drove westbound on Nevin Avenue and I conducted a U-Turn to conduct a traffic enforcement stop for CVC 26708(a)(1) – tinted windows and CVC 5200(a) – two license plates required.

I caught up to the vehicle as it drove southbound on 1st Street from Nevin Avenue and I activated my emergency lights, to include the solid forward facing red light.

The vehicle's rear temporary license plate appeared to be the same license plate on Williams' vehicle (CA ██████). As the license plate moved with the wind, I noticed that there was a California License Plate under the temporary paper license plate of the vehicle. The license plate under the temporary license plate appeared to start with "7Z".

I activated my siren when the vehicle turned westbound on Macdonald Avenue from 1st street. The vehicle failed to stop at the regulatory stop sign at the intersection. The vehicle sped westbound on Macdonald Avenue past Curry Street at approximately 40 MPH. The intersection is a stop sign controlled intersection and the posted speed limit was 25 MPH. It failed to stop at the regulatory stop sign at the intersection and continued increasing its speed.

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| Orlando Guzman #1652   Oct 8, 2020 19:27 (e-signature) | Pablo Cooper #1430   Oct 8, 2020 19:54 (e-signature) |
| PRINT NAME | PRINT NAME |
| Orlando Guzman #1652 | Pablo Cooper #1430 |

**Richmond Police Department**   1701 REGATTA BLVD | RICHMOND, CA 94804 | P: 510.233.1214                                    Pg 2 of 5
NOTE: Summarized report. More data regarding this report may exist in the RMS.
Mark43 RMS Form v2.0 generated by J. Terrell #1712 on Feb 9, 2021 14:56.

US-00011

The vehicle turned southbound on Richmond Parkway from Macdonald Avenue. The vehicle drove through the solid red traffic light for westbound traffic on Macdonald Avenue in violation of CVC 21453(a). The vehicle increased its speed to approximately 70 MPH as it drove southbound on Richmond Parkway. The posted speed limit is 50 MPH. The vehicle never attempted to stop or slow down to my audible siren or emergency lights.

The vehicle proceeded southbound through the intersection of Ohio Avenue on Richmond Parkway increasing its speed. The vehicle turned eastbound at the I-580 East on ramp from Richmond Parkway. The vehicle failed to stop at the solid red traffic light for eastbound traffic at the intersection.

The vehicle drove in the number four lane of I-580 East increasing its speed. The vehicle continued increasing its speed on I-580 East from Marina Bay Parkway. The vehicle was driving well over 120 miles per hour and I canceled the pursuit because of the unsafe speeds. I lost sight of the vehicle on I-580 East at Marina Bay Parkway as it continued speeding away from my patrol vehicle.

**Instagram Posts (nastynatemm) after pursuit:**

On October 3, 2020, at approximately 2129 hours, Detective Shirashi was monitoring social media and reviewed Nathan Williams Instagram social media account "nastynatemm". Detective Shirashi showed me the video and I reviewed the video in its entirety.

I recognized the subject in the Instagram live video as Nate Williams. Williams had the camera oriented towards him as he sat in a room. Williams was wearing a green camouflage hooded sweater that had teeth on the left and right sleeve, a black Cincinnati Reds flat billed hat, and the same necklace that had the word "NASTY" spelled out. While Williams was on Instagram, an individual joined his Instagram live feed and engaged in a conversation. The individuals Instagram social media account was "magnummanmellie"

The individual said he heard the "rolla", a word commonly used to describe a police officer, make a U-Turn. The individual was telling him that they (the police) was "on that man". Williams said "Im blowed though man. I aint got no whip now bro." Williams was asked if he left it somewhere, but Williams said that it was parked "safely". Williams told subject "And I threw the umm. Ya talking about". Leading me to believe he was referring to a firearm.

Williams said "that shit was crazy" and went on to say "not tonight bucko". The subject talked about how he left the city after the incident happened. Williams said "Nigga I hit it so hard. It was over with once I got on the parkway." The parkway is an abbreviation people use for Richmond Parkway located in the City of Richmond. This was one of the routes the black Mercedes drove through during the pursuit.

The individual oriented the camera towards an individual leaning in the vehicle's window. I immediately recognized him from prior contacts as Jonjohn Foster Junior. Foster frequents 4th Street and Nevin Avenue. Foster said "I aint gonna lie he ran them boys" referring to the getting away from the police. Foster said "He uh!" then raised his left hand and gestured as if he was pulling a trigger. Foster said he was telling others "He ran them!". Indicating to someone else that Williams fled from the police. Williams said "I couldn't stop boy I wasn't going out like that boy".

Williams continued talking then said "I just threw the G man out. I gotta get to the freeway about two or three in the morning". Williams was referring to having discarded a firearm on the freeway and having to going to pick the firearm at two or three in the morning. I believe "G man" refers to a Glock pistol. Williams continued saying "They thought I was going out. You hear me. I aint going out." Williams disconnected from Instagram live.

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| Orlando Guzman #1652   Oct 8, 2020 19:27 (e-signature) | Pablo Cooper #1430   Oct 8, 2020 19:54 (e-signature) |
| PRINT NAME | PRINT NAME |
| Orlando Guzman #1652 | Pablo Cooper #1430 |

**Richmond Police Department**   1701 REGATTA BLVD | RICHMOND, CA 94804 | P: 510.233.1214     Pg 3 of 5
NOTE: Summarized report. More data regarding this report may exist in the RMS.
Mark43 RMS Form v2.0 generated by J. Terrell #1712 on Feb 9, 2021 14:56.

US-00012

Based on the above information I believed that Williams was driving the vehicle and fled because he was in possession of a firearm. Officer Shanks and I conducted an article search of the shoulder at I-580 East from Richmond Parkway to the Harbour Way South off ramp. We were looking for a discarded firearm but we were met with negative results.

## Criminal History

On October 6, 2020, I reviewed Nathan Williams Criminal History Transcript and discovered he was a convicted felon and was not allowed to be in possession of firearms. Williams had arrests for PC 266(h) – Pimping, PC 266(i) – Pandering, and PC 653.23(a)(1) – supervise/etc prostitution out of Oakland and San Francisco. Williams also had several felony convictions on his Criminal History transcript:

- HS 11360(a) – Felony conviction for the sell and distribution of Marijuana. Docket number T6104951590507000801

- PC 32 – Felony conviction for accessory

- PC 29800(a)(1) – Felon in possession of a firearm, PC 25850(a) – Carrying a loaded firearm in public, and PC 30305(a)(1) – Prohibited from owning/possessing ammunition. Williams was convicted on felonies for all of the charges. Docket number 05-180265-1-001.

Based on the above information I believed Williams was possessing a firearm illegally.

## Ramey Arrest Warrant for Nathan Williams

On October 7, 2020, at 1729 hours, I authored a Ramey Arrest Warrant for the arrest of Nathan Williams. Honorable Judge L. Davis granted the Ramey Warrant for his arrest.

At approximately 2200 hours, Detective Thomas was at La Quinta, 8465 Enterprise Way in Oakland, California, when he observed the black Mercedes Benz S 550 drive into the parking lot. Detective Thomas saw Williams (solo occupant) exit the driver's seat of the vehicle and walked towards the entrance to La Quinta lobby area. Detective Anderson and Detective Shirashi placed Williams under arrest for the Ramey Warrant. I confirmed that the Mercedes temporary license plate matched vehicle that fled. I noticed there was a California License Plate in plain view under the rear temporary license plate (CA – ▓▓▓▓). The license plate started with the same two digits as the vehicle that fled from me.

A search incident to arrest revealed that Williams had the keys to the Mercedes Benz S 550 in his possession. Williams had key cards for La Quinta in his wallet. Refer to Detective Shirashi's report for additional information.

Officer Alvarado determined, through room registry, Williams was residing in Room 221 at the La Quinta Hotel, 8465 Enterprise Way, Oakland, CA.

At 2231 hours, I authored a search warrant for 8465 Enterprise Way, room 221, in Oakland, California, and for the black Mercedes Benz S 550 vehicle (CA Temporary Plate ▓▓▓▓). Honorable Judge L. Davis granted the search warrant for room 221 and the vehicle.

Detective Shirashi and Anderson searched the vehicle but they did not locate any illegal contraband. In the back seat of the vehicle, I observed the green camouflage sweater that had teeth on each sleeve. The sweater matched what Williams was wearing on October 3, 2020 when he was on Instagram Live.

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| Orlando Guzman #1652   Oct 8, 2020 19:27 (e-signature) | Pablo Cooper #1430   Oct 8, 2020 19:54 (e-signature) |
| PRINT NAME | PRINT NAME |
| Orlando Guzman #1652 | Pablo Cooper #1430 |

**Richmond Police Department**   1701 REGATTA BLVD | RICHMOND, CA 94804 | P: 510.233.1214                                    Pg 4 of 5
NOTE: Summarized report. More data regarding this report may exist in the RMS.
Mark43 RMS Form v2.0 generated by J. Terrell #1712 on Feb 9, 2021 14:56.

US-00013

Detective Ramos, Detective Thomas, Officer Alvarado, and I searched 8465 Enterprise Way, room 221, in Oakland, California. My attention was drawn to the closet located inside the bedroom. In plain view, I saw a black Glock pistol on the top shelve of the closet. The pistol was under a hair weave and next to multiple baseball hats. I saw that the firearm was a black Glock 26, 9x19, that had a ten round magazine inserted into the magazine well. The magazine, which had a Glock logo on the base plate of the magazine, protruded approximately one inch from the magazine well. The firearm matched the description of the pistol Williams posted on Instagram Live on September 28, 2020.

The firearm had scratch marks on the left and right side of the muzzle. There were scratches on the left side of the slide and frame. This is consistent with the damage that occurs to a firearm when it is thrown onto a hard surface such as asphalt or concrete. Detective Ramos removed the magazine from the firearm and rendered it safe. Detective Ramos said it was located with an unfired bullet in the firing chamber. I collected the firearm as evidence.

A receipt for Bloomingdale's was located inside a shoe box inside the room. The receipt had "Nathan Williams" typed in the receipt.

Officer Alvarado located a service receipt from Mercedes Benz of Oakland inside the room. I saw the receipt and it was addressed to Nathan Williams. The date of the receipt was October 6, 2020. The vehicle identification number (VIN) on the receipt was ███████████████ which matched the VIN number for California Temporary Plate ███████.

### Williams Miranda Interview

On October 7, 2020, at approximately 1130 hours, Detective Shirashi and I interviewed Williams. Detective Shirashi red Williams his rights from her department issued Miranda card. Detective Shirashi asked Williams if he understood his rights and he said "Yes". I interviewed Williams and obtained the following statement in summary.

Williams has been staying on an off at the La Quinta Motel. Williams said just recently he's been at the motel for the last three days. Williams said he is homeless but the hotel is the current place he resides. No one lived with Williams and said that he occasionally had girls visiting.

William said that the car he was driving belonged to his uncle. Williams only had the car for a few days. Williams became uncooperative when and did not want to answer any question. When asked about the gun Williams would say something to the effect of "I have the right to remain silent right."

I reviewed the Automated Firearms System return for the Glock 26 (SN - YHY895). I confirmed the firearm was reported stolen by the Vallejo Police Department on June 27, 2017 (VPD Case Number 17-8203).

I uploaded the recordings of the Instagram Live videos and the pictures of the scene to the Department photo/video database.

I booked the pistol, magazine, and the ammunition to RPD property vault locker number 5. CST Darling obtained a DNA sample from Williams. Refer to CST Darling's report for additional information.

Williams was booked into the Jail at the Richmond Police Department without incident.

End of report

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| Orlando Guzman #1652   Oct 8, 2020 19:27 (e-signature) | Pablo Cooper #1430   Oct 8, 2020 19:54 (e-signature) |
| PRINT NAME | PRINT NAME |
| Orlando Guzman #1652 | Pablo Cooper #1430 |

**Richmond Police Department**   1701 REGATTA BLVD | RICHMOND, CA 94804 | P: 510.233.1214   Pg 5 of 5
NOTE: Summarized report. More data regarding this report may exist in the RMS.
Mark43 RMS Form v2.0 generated by J. Terrell #1712 on Feb 9, 2021 14:56.

US-00014

## Case # 2020-00009128 - Crime/Incident Report

| REPORT DATE / TIME | DISTRICT / ZONE | EVENT START DATE / TIME - EVENT END DATE / TIME |
|---|---|---|
| Oct 5, 2020 21:39 | CENTRAL / 6 | Oct 3, 2020 20:07 - Oct 5, 2020 21:30 |

| PRIMARY REPORTER | WEATHER |
|---|---|
| Orlando Guzman #1652 | Dark |

ASSISTING PERSONNEL / TYPE(S)

Alexander Caine #1548 (Cover), Alyssa Alvarado #1749 (Cover), Ann Shiraishi-Cang #1658 (Cover), Kelsey Shanks #1754 (Cover), Terry Thomas #1684 (Cover)

REPORT TAKEN LOCATION

1ST ST & MACDONALD AVE, RICHMOND, CA 94801

EMS / FIRE / OTHER LE AGENCIES ON SCENE

☐ YES ▨ NO

STAT REPORTING

| | |
|---|---|
| ☐ ELDER ABUSE | ☐ PROBATION VIOLATION |
| ☐ SERIALIZED PROPERTY | ☐ 293 - ACCEPTED |
| ☐ RELEASED PER 849 PC | ☐ PURSUIT |
| ▨ AVR USED | ▨ BOOKED |
| ☐ PAROLEE RELATED | ☐ USE OF FORCE |
| ☐ SART EXAM | ☐ AVR REVIEWED |
| ☐ 293 - OFFERED | ☐ LEOKA |
| ☐ HATE CRIME | ☐ JUVENILE RELATED |
| ☐ DOMESTIC VIOLENCE | ▨ ARREST |
| ☐ SHOOTING | ☐ CITATION ISSUED |
| ☐ SEXUAL ASSAULT | ☐ MARSY'S LAW |
| ▨ WEAPON USED | ☐ SCHOOL RELATED |
| ☐ GANG RELATED | ☐ LAP |
| ☐ PROBATION RELATED | ☐ PAROLE VIOLATION |
| ☐ EPO ISSUED | ☐ CPTED REVIEWED |

## NARRATIVE

### Instagram Posts (nastynatemm):

On 09/28/2020, at 1757 hours, Detective Caine was monitoring social media and reviewed Nathan Williams' Instagram social media account "nastynatemm". Williams posted a live feed of himself inside a vehicle with a firearm. Detective Caine showed me the video and I reviewed the video in its entirety.

I recognized the subject in the Instagram live video as Nathan Williams. Williams was inside a vehicle that had black interior and moon roof. The camera was oriented towards Williams and it captured his lap and upper body. Williams was wearing a Cincinnati Reds baseball flat bill hat and a chain that spelled "NASTY". On his lap, Williams appeared to have a firearm. The frame, magazine, and portions of the left side of the firearm were visible in the video. I could see the base plate of a black Glock magazine oriented towards the camera. The base plate of the magazine had the Glock logo. The magazine appeared to be inserted into the magazine well of the firearm and it protruded approximately one inch from the magazine well indicating it could be an extended magazine.

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| Orlando Guzman #1652   Oct 8, 2020 19:27 (e-signature) | Pablo Cooper #1430   Oct 8, 2020 19:54 (e-signature) |
| PRINT NAME | PRINT NAME |
| Orlando Guzman #1652 | Pablo Cooper #1430 |

US-00015

Based on my training and experience as a firearms instructor, I believe the firearm in the live feed Instagram video to be a genuine pistol. It did not display an orange tip indicating it might be a replica firearm. The frame, trigger guard, grip, and the Glock magazine led me to believe that Williams was in possession of a Glock pistol.

**Traffic Stop on Vehicle**

On October 3, 2020, I was in the area of 4th Street and Macdonald Avenue conducting a security check due to an increase in gun violence and a homicide that occurred on 09/18/2020 (Refer to 20-8505). Officer Shanks and I were working a violence suppression operation to disrupt gun violence within the City of Richmond. I was driving marked black and white patrol vehicle number 1152. The vehicle was equipped with emergency lights (to include the solid forward facing red light) and siren. We wore the department issued uniform.

At approximately 2007 hours, I was driving eastbound on Nevin Avenue approaching 4th Street when my attention was drawn to a black Mercedes Benz S 550. The vehicle was stopped in the intersection of 4th Street and Nevin Avenue oriented north. The vehicle did not have a front license plate and the vehicle's windows were tinted.

The vehicle matched the description of Nathan Williams' vehicle. Williams commonly frequented the area of 4th Street and Macdonald Avenue. In addition, I was present when Officer Woody conducted a traffic enforcement stop on Williams at 1st Street and Macdonald Avenue. I have seen Williams in the same vehicle which was a black newer model Mercedes Benz S 550 (CA Temporary Plate ▮▮▮▮▮). Refer to Officer Woody's report number 20-9133 for additional information.

The vehicle drove westbound on Nevin Avenue and I conducted a U-Turn to conduct a traffic enforcement stop for CVC 26708(a)(1) – tinted windows and CVC 5200(a) – two license plates required.

I caught up to the vehicle as it drove southbound on 1st Street from Nevin Avenue and I activated my emergency lights, to include the solid forward facing red light.

The vehicle's rear temporary license plate appeared to be the same license plate on Williams' vehicle (CA ▮▮▮▮▮). As the license plate moved with the wind, I noticed that there was a California License Plate under the temporary paper license plate of the vehicle. The license plate under the temporary license plate appeared to start with "7Z".

I activated my siren when the vehicle turned westbound on Macdonald Avenue from 1st street. The vehicle failed to stop at the regulatory stop sign at the intersection. The vehicle sped westbound on Macdonald Avenue past Curry Street at approximately 40 MPH. The intersection is a stop sign controlled intersection and the posted speed limit was 25 MPH. It failed to stop at the regulatory stop sign at the intersection and continued increasing its speed.

The vehicle turned southbound on Richmond Parkway from Macdonald Avenue. The vehicle drove through the solid red traffic light for westbound traffic on Macdonald Avenue in violation of CVC 21453(a). The vehicle increased its speed to approximately 70 MPH as it drove southbound on Richmond Parkway. The posted speed limit is 50 MPH. The vehicle never attempted to stop or slow down to my audible siren or emergency lights.

The vehicle proceeded southbound through the intersection of Ohio Avenue on Richmond Parkway increasing its speed. The vehicle turned eastbound at the I-580 East on ramp from Richmond Parkway. The vehicle failed to stop at the solid red traffic light for eastbound traffic at the intersection.

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| Orlando Guzman #1652   Oct 8, 2020 19:27 (e-signature) | Pablo Cooper #1430   Oct 8, 2020 19:54 (e-signature) |
| PRINT NAME | PRINT NAME |
| Orlando Guzman #1652 | Pablo Cooper #1430 |

US-00016

The vehicle drove in the number four lane of I-580 East increasing its speed. The vehicle continued increasing its speed on I-580 East from Marina Bay Parkway. The vehicle was driving well over 120 miles per hour and I canceled the pursuit because of the unsafe speeds. I lost sight of the vehicle on I-580 East at Marina Bay Parkway as it continued speeding away from my patrol vehicle.

**Instagram Posts (nastynatemm) after pursuit:**

On October 3, 2020, at approximately 2129 hours, Detective Shirashi was monitoring social media and reviewed Nathan Williams Instagram social media account "nastynatemm". Detective Shirashi showed me the video and I reviewed the video in its entirety.

I recognized the subject in the Instagram live video as Nate Williams. Williams had the camera oriented towards him as he sat in a room. Williams was wearing a green camouflage hooded sweater that had teeth on the left and right sleeve, a black Cincinnati Reds flat billed hat, and the same necklace that had the word "NASTY" spelled out. While Williams was on Instagram, an individual joined his Instagram live feed and engaged in a conversation. The individuals Instagram social media account was "magnummanmellie"

The individual said he heard the "rolla", a word commonly used to describe a police officer, make a U-Turn. The individual was telling him that they (the police) was "on that man". Williams said "Im blowed though man. I aint got no whip now bro." Williams was asked if he left it somewhere, but Williams said that it was parked "safely". Williams told subject "And I threw the umm. Ya talking about". Leading me to believe he was referring to a firearm.

Williams said "that shit was crazy" and went on to say "not tonight bucko". The subject talked about how he left the city after the incident happened. Williams said "Nigga I hit it so hard. It was over with once I got on the parkway." The parkway is an abbreviation people use for Richmond Parkway located in the City of Richmond. This was one of the routes the black Mercedes drove through during the pursuit.

The individual oriented the camera towards an individual leaning in the vehicle's window. I immediately recognized him from prior contacts as Jonjohn Foster Junior. Foster frequents 4th Street and Nevin Avenue. Foster said "I aint gonna lie he ran them boys" referring to the getting away from the police. Foster said "He uh!" then raised his left hand and gestured as if he was pulling a trigger. Foster said he was telling others "He ran them!". Indicating to someone else that Williams fled from the police. Williams said "I couldn't stop boy I wasn't going out like that boy".

Williams continued talking then said "I just threw the G man out. I gotta get to the freeway about two or three in the morning". Williams was referring to having discarded a firearm on the freeway and having to going to pick the firearm at two or three in the morning. I believe "G man" refers to a Glock pistol. Williams continued saying "They thought I was going out. You hear me. I aint going out." Williams disconnected from Instagram live.

Based on the above information I believed that Williams was driving the vehicle and fled because he was in possession of a firearm. Officer Shanks and I conducted an article search of the shoulder at I-580 East from Richmond Parkway to the Harbour Way South off ramp. We were looking for a discarded firearm but we were met with negative results.

**Criminal History**

On October 6, 2020, I reviewed Nathan Williams Criminal History Transcript and discovered he was a convicted felon and was not allowed to be in possession of firearms. Williams had arrests for PC 266(h) – Pimping, PC 266(i) – Pandering, and PC 653.23(a)(1) – supervise/etc prostitution out of Oakland and San Francisco. Williams also had several felony convictions on his Criminal History transcript:

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| Orlando Guzman #1652   Oct 8, 2020 19:27 (e-signature) | Pablo Cooper #1430   Oct 8, 2020 19:54 (e-signature) |
| PRINT NAME | PRINT NAME |
| Orlando Guzman #1652 | Pablo Cooper #1430 |

**Richmond Police Department**   1701 REGATTA BLVD | RICHMOND, CA 94804 | P: 510.233.1214   Pg 3 of 9
Mark43 RMS Form v2.0 generated by J. Terrell #1712 on Feb 9, 2021 14:56.

US-00017

- HS 11360(a) – Felony conviction for the sell and distribution of Marijuana. Docket number T6104951590507000801

- PC 32 – Felony conviction for accessory

- PC 29800(a)(1) – Felon in possession of a firearm, PC 25850(a) – Carrying a loaded firearm in public, and PC 30305(a)(1) – Prohibited from owning/possessing ammunition. Williams was convicted on felonies for all of the charges. Docket number 05-180265-1-001.

Based on the above information I believed Williams was possessing a firearm illegally.

### Ramey Arrest Warrant for Nathan Williams

On October 7, 2020, at 1729 hours, I authored a Ramey Arrest Warrant for the arrest of Nathan Williams. Honorable Judge L. Davis granted the Ramey Warrant for his arrest.

At approximately 2200 hours, Detective Thomas was at La Quinta, 8465 Enterprise Way in Oakland, California, when he observed the black Mercedes Benz S 550 drive into the parking lot. Detective Thomas saw Williams (solo occupant) exit the driver's seat of the vehicle and walked towards the entrance to La Quinta lobby area. Detective Anderson and Detective Shirashi placed Williams under arrest for the Ramey Warrant. I confirmed that the Mercedes temporary license plate matched vehicle that fled. I noticed there was a California License Plate in plain view under the rear temporary license plate (CA – ▮▮▮▮▮▮▮). The license plate started with the same two digits as the vehicle that fled from me.

A search incident to arrest revealed that Williams had the keys to the Mercedes Benz S 550 in his possession. Williams had key cards for La Quinta in his wallet. Refer to Detective Shirashi's report for additional information.

Officer Alvarado determined, through room registry, Williams was residing in Room 221 at the La Quinta Hotel, 8465 Enterprise Way, Oakland, CA.

At 2231 hours, I authored a search warrant for 8465 Enterprise Way, room 221, in Oakland, California, and for the black Mercedes Benz S 550 vehicle (CA Temporary Plate ▮▮▮▮▮). Honorable Judge L. Davis granted the search warrant for room 221 and the vehicle.

Detective Shirashi and Anderson searched the vehicle but they did not locate any illegal contraband. In the back seat of the vehicle, I observed the green camouflage sweater that had teeth on each sleeve. The sweater matched what Williams was wearing on October 3, 2020 when he was on Instagram Live.

Detective Ramos, Detective Thomas, Officer Alvarado, and I searched 8465 Enterprise Way, room 221, in Oakland, California. My attention was drawn to the closet located inside the bedroom. In plain view, I saw a black Glock pistol on the top shelve of the closet. The pistol was under a hair weave and next to multiple baseball hats. I saw that the firearm was a black Glock 26, 9x19, that had a ten round magazine inserted into the magazine well. The magazine, which had a Glock logo on the base plate of the magazine, protruded approximately one inch from the magazine well. The firearm matched the description of the pistol Williams posted on Instagram Live on September 28, 2020.

The firearm had scratch marks on the left and right side of the muzzle. There were scratches on the left side of the slide and frame. This is consistent with the damage that occurs to a firearm when it is thrown onto a hard surface such as asphalt or concrete. Detective Ramos removed the magazine from the firearm and rendered it safe. Detective Ramos said it was located with an unfired bullet in the firing chamber. I collected the firearm as evidence.

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| Orlando Guzman #1652   Oct 8, 2020 19:27 (e-signature) | Pablo Cooper #1430   Oct 8, 2020 19:54 (e-signature) |
| PRINT NAME | PRINT NAME |
| Orlando Guzman #1652 | Pablo Cooper #1430 |

**Richmond Police Department**   1701 REGATTA BLVD | RICHMOND, CA 94804 | P: 510.233.1214                Pg 4 of 9
Mark43 RMS Form v2.0 generated by J. Terrell #1712 on Feb 9, 2021 14:56.

US-00018

A receipt for Bloomingdale's was located inside a shoe box inside the room. The receipt had "Nathan Williams" typed in the receipt.

Officer Alvarado located a service receipt from Mercedes Benz of Oakland inside the room. I saw the receipt and it was addressed to Nathan Williams. The date of the receipt was October 6, 2020. The vehicle identification number (VIN) on the receipt was ▮▮▮▮▮▮▮▮▮▮▮▮ which matched the VIN number for California Temporary Plate ▮▮▮▮▮▮

### Williams Miranda Interview

On October 7, 2020, at approximately 1130 hours, Detective Shirashi and I interviewed Williams. Detective Shirashi red Williams his rights from her department issued Miranda card. Detective Shirashi asked Williams if he understood his rights and he said "Yes". I Interviewed Williams and obtained the following statement in summary.

Williams has been staying on an off at the La Quinta Motel. Williams said just recently he's been at the motel for the last three days. Williams said he is homeless but the hotel is the current place he resides. No one lived with Williams and said that he occasionally had girls visiting.

William said that the car he was driving belonged to his uncle. Williams only had the car for a few days. Williams became uncooperative when and did not want to answer any question. When asked about the gun Williams would say something to the effect of "I have the right to remain silent right."

I reviewed the Automated Firearms System return for the Glock 26 (SN - YHY895). I confirmed the firearm was reported stolen by the Vallejo Police Department on June 27, 2017 (VPD Case Number 17-8203).

I uploaded the recordings of the Instagram Live videos and the pictures of the scene to the Department photo/video database.

I booked the pistol, magazine, and the ammunition to RPD property vault locker number 5. CST Darling obtained a DNA sample from Williams. Refer to CST Darling's report for additional information.

Williams was booked into the Jail at the Richmond Police Department without incident.

End of report

---

| REPORTING PARTY-1 | |
|---|---|
| REPORTING PARTY-1 (ORGANIZATION) | |
| R-1 Richmond Police Department | |
| **OFFENSE-1** | |
| OFFENSE CODE | |
| DISREGARD SAFETY:EVADE POLICE \| 2800.2 (A) | |
| OFFENSE START DATE | OFFENSE END DATE |
| Oct 3, 2020 20:07 | Oct 7, 2020 22:34 |
| OFFENSE STATISTICS | |

---

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| Orlando Guzman #1652   Oct 8, 2020 19:27 (e-signature) | Pablo Cooper #1430   Oct 8, 2020 19:54 (e-signature) |
| PRINT NAME | PRINT NAME |
| Orlando Guzman #1652 | Pablo Cooper #1430 |

US-00019

- ▣ Gun Involved
- ☐ Weapon
- ☐ Probationer
- ☐ Parolee
- ☐ Confidentiality Requested
- ☐ Released with Citation
- ☐ Multiple Suspects
- ☐ Juvenile Arrest
- ☐ Gang Related
- ☐ Elder Abuse
- ☐ Child Abuse
- ☐ Sexual Assault

### OFFENSE LOCATION

| CITY | STATE | ZIP | COUNTRY CODE |
|---|---|---|---|
| RICHMOND | CA | 94801 | US |

| INTERSECTION STREET 1 | INTERSECTION STREET 2 |
|---|---|
| 4TH ST | NEVIN AVE |

| LOCATION CATEGORY | DISTRICT / ZONE |
|---|---|
| Highway/ Road/ Alley/ Street/ Sidewalk | CENTRAL / 6 |

### VICTIMS-1

**VICTIMS-1 NAME**
V-1 STATE OF CA

**ORGANIZATION TYPE**
Government

### SUSPECTS-1

| SUSPECTS-1 NAME (LAST, FIRST MIDDLE) | DOB / ESTIMATED AGE RANGE |
|---|---|
| S-1 WILLIAMS, NATHAN NAILOE | ▮▮▮▮ |

| SEX | RACE / ETHNICITY |
|---|---|
| Male | Black / Not Hispanic Or Latino |

**HOME ADDRESS**
▮▮▮ ▮▮▮ ▮▮▮▮▮ ▮▮ ▮▮▮

## OFFENSE-2

**OFFENSE CODE**
FELON/ADDICT/POSSESS/ETC FIREARM | 29800(a)(1)

| OFFENSE START DATE | OFFENSE END DATE | OFFENSE COMPLETION | SUSPECTED HATE CRIME |
|---|---|---|---|
| Oct 3, 2020 20:07 | Oct 7, 2020 22:34 | ▣ COMPLETED ☐ ATTEMPTED | ☐ YES ▣ NO |

| WEAPON / FORCE INVOLVED | CRIMINAL ACTIVITIES / ANIMAL CRUELTY |
|---|---|
| Other Firearm | Possession/ Conceal |

**OFFENSE STATISTICS**

- ▣ Gun Involved
- ☐ Weapon
- ☐ Probationer
- ☐ Parolee
- ☐ Confidentiality Requested
- ☐ Released with Citation
- ☐ Multiple Suspects
- ☐ Juvenile Arrest
- ☐ Gang Related
- ☐ Elder Abuse
- ☐ Child Abuse
- ☐ Sexual Assault

### OFFENSE LOCATION

| CITY | STATE | ZIP | COUNTRY CODE |
|---|---|---|---|
| RICHMOND | CA | 94801 | US |

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| Orlando Guzman #1652   Oct 8, 2020 19:27 (e-signature) | Pablo Cooper #1430   Oct 8, 2020 19:54 (e-signature) |
| PRINT NAME | PRINT NAME |
| Orlando Guzman #1652 | Pablo Cooper #1430 |

**Richmond Police Department**   1701 REGATTA BLVD | RICHMOND, CA 94804 | P: 510.233.1214   Pg 6 of 9
Mark43 RMS Form v2.0 generated by J. Terrell #1712 on Feb 9, 2021 14:56.

US-00020

| INTERSECTION STREET 1 | INTERSECTION STREET 2 |
|---|---|
| 4TH ST | NEVIN AVE |

| LOCATION CATEGORY | DISTRICT / ZONE |
|---|---|
| Highway/ Road/ Alley/ Street/ Sidewalk | CENTRAL / 6 |

### VICTIMS-1

VICTIMS-1 NAME

V-1 STATE OF CA

ORGANIZATION TYPE

Government

### SUSPECTS-1

| SUSPECTS-1 NAME (LAST, FIRST MIDDLE) | DOB / ESTIMATED AGE RANGE |
|---|---|
| S-1 WILLIAMS, NATHAN NAILOE | ███████████ |

| SEX | RACE / ETHNICITY |
|---|---|
| Male | Black / Not Hispanic Or Latino |

HOME ADDRESS

██ ███ ███████ ██ ███

### OFFENSE-3

OFFENSE CODE

CARRY CONCEALED WEAPON IN VEHICLE | 25400(a)(1)

| OFFENSE START DATE | OFFENSE END DATE | OFFENSE COMPLETION | SUSPECTED HATE CRIME |
|---|---|---|---|
| Oct 3, 2020 20:07 | Oct 7, 2020 22:34 | ▣ COMPLETED<br>☐ ATTEMPTED | ☐ YES ▣ NO |

| WEAPON / FORCE INVOLVED | CRIMINAL ACTIVITIES / ANIMAL CRUELTY |
|---|---|
| Other Firearm | Possession/ Conceal |

OFFENSE STATISTICS

- ▣ Gun Involved
- ▣ Weapon
- ☐ Probationer
- ☐ Parolee
- ☐ Confidentiality Requested
- ☐ Released with Citation
- ☐ Multiple Suspects
- ☐ Juvenile Arrest
- ☐ Gang Related
- ☐ Elder Abuse
- ☐ Child Abuse
- ☐ Sexual Assault

### OFFENSE LOCATION

| CITY | STATE | ZIP | COUNTRY CODE |
|---|---|---|---|
| RICHMOND | CA | 94801 | US |

| INTERSECTION STREET 1 | INTERSECTION STREET 2 |
|---|---|
| 4TH ST | NEVIN AVE |

| LOCATION CATEGORY | DISTRICT / ZONE |
|---|---|
| Highway/ Road/ Alley/ Street/ Sidewalk | CENTRAL / 6 |

### VICTIMS-1

VICTIMS-1 NAME

V-1 STATE OF CA

ORGANIZATION TYPE

Government

### SUSPECTS-1

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| Orlando Guzman #1652   Oct 8, 2020 19:27 (e-signature) | Pablo Cooper #1430   Oct 8, 2020 19:54 (e-signature) |
| PRINT NAME | PRINT NAME |
| Orlando Guzman #1652 | Pablo Cooper #1430 |

US-00021

| SUSPECTS-1 NAME (LAST, FIRST MIDDLE) | DOB / ESTIMATED AGE RANGE |
|---|---|
| S-1 WILLIAMS, NATHAN NAILOE | ███████████ |

| SEX | RACE / ETHNICITY |
|---|---|
| Male | Black / Not Hispanic Or Latino |

HOME ADDRESS

██████ ██████ ████████ ██ ███

*VEHICLE INVOLVED: MERCEDES-BENZ UNKNOWN 2017*

| ITEM CATEGORY | MAKE | MODEL | YEAR OF MANUFACTURE |
|---|---|---|---|
| Passenger Car/ Automobile | Mercedes-Benz | unknown | 2017 |

DESCRIPTION

TINTED WINDOWS AND CALIFORNIA TEMPORARY LICENSE PLATES

| LICENSE PLATE / REGISTRATION # | VIN # |
|---|---|
| ████████ | ████████████ |

| BODY STYLE | PRIMARY COLOR | REGISTRATION STATE | REGISTRATION YEAR |
|---|---|---|---|
| Hardtop, 4 Door | Black | California | 2020 |

DRIVER

NATHAN NAILOE WILLIAMS

| STATUS | STATUS DATE | TOTAL ($) VALUE | QUANTITY |
|---|---|---|---|
| None | Oct 8, 2020 00:00 | UNKNOWN | 1 |
| None | Oct 8, 2020 00:00 | UNKNOWN | 1 |
| None | Oct 8, 2020 00:00 | UNKNOWN | 1 |

## VEHICLE / PROPERTY & ITEMS SUMMARY

| DESCRIPTION / MAKE / MODEL / COLOR | STATUS DATE / REASON FOR CUSTODY | VIN # / SERIAL # | QTY. | TOTAL ($) VALUE |
|---|---|---|---|---|
| BLACK GLOCK 26 SEMI-AUTOMATIC .9MM PISTOL, TEN ROUND GLOCK MAGAZINE, UNFIRED BULLETS / Glock, Inc. / 26 | Evidence/Seized / Oct 7, 2020 / Evidence | YHY895 | 1 | UNKNOWN |
| TINTED WINDOWS AND CALIFORNIA TEMPORARY LICENSE PLATES / Mercedes-Benz / unknown / Black | None / Oct 8, 2020 | WDDUG8CB6HA329631 | 1 | UNKNOWN |

## PROPERTY & ITEMS ADDENDUM

*2020-00009128-2 FIREARM - BLACK GLOCK 26 SEMI-AUTOMATIC .9MM PISTOL, TEN ROUND GLOCK MAGAZINE, UNFIRED BULLETS*

| FIREARM TYPE | DESCRIPTION |
|---|---|
| Pistol, Semi-automatic | BLACK GLOCK 26 SEMI-AUTOMATIC .9MM PISTOL, TEN ROUND GLOCK MAGAZINE, UNFIRED BULLETS |

| FIREARM MAKE | SERIAL # |
|---|---|
| Glock, Inc. | YHY895 |

| FINISH | GRIP |
|---|---|
| Black | Black Polymer |

| CALIBER / GAUGE | BARREL LENGTH |
|---|---|
| | |

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| Orlando Guzman #1652   Oct 8, 2020 19:27 (e-signature) | Pablo Cooper #1430   Oct 8, 2020 19:54 (e-signature) |
| PRINT NAME | PRINT NAME |
| Orlando Guzman #1652 | Pablo Cooper #1430 |

US-00022

| 9 MM | 3.5 |
|---|---|

BIOHAZARD

☐ YES ▨ NO

SUSPECTED ASSOCIATION

NATHAN NAILOE WILLIAMS

| STATUS | STATUS DATE | TOTAL ($) VALUE | QUANTITY |
|---|---|---|---|
| Evidence/Seized | Oct 7, 2020 01:32 | UNKNOWN | 1 |

REASON FOR POLICE CUSTODY

Evidence

RECOVERING OFFICER / ID # / PERSON

Orlando Guzman #1652

DROP-OFF LOCATION / INTAKE PERSON

Main Warehouse > 05

RECOVERED LOCATION

8465 ENTERPRISE WAY, 221, OAKLAND, CA 94621

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| Orlando Guzman #1652   Oct 8, 2020 19:27 (e-signature) | Pablo Cooper #1430   Oct 8, 2020 19:54 (e-signature) |
| PRINT NAME | PRINT NAME |
| Orlando Guzman #1652 | Pablo Cooper #1430 |

US-00023

## Case # 2020-00009128 - Arrest/Booking Report

| REPORT DATE / TIME | DISTRICT / ZONE | | EVENT START DATE / TIME - EVENT END DATE / TIME |
|---|---|---|---|
| Oct 7, 2020 23:26 | CENTRAL / 6 | | Oct 3, 2020 20:07 - Oct 5, 2020 21:30 |

| PRIMARY REPORTER | WEATHER |
|---|---|
| Orlando Guzman #1652 | Dark |

**ASSISTING PERSONNEL / TYPE(S)**
Brian Hoffman #1592 (Transport Suspect)

**REPORT TAKEN LOCATION**
1ST ST & MACDONALD AVE, RICHMOND, CA 94801

**EMS / FIRE / OTHER LE AGENCIES ON SCENE**
☐ YES ☒ NO

**STAT REPORTING**

| | |
|---|---|
| ☐ ELDER ABUSE | ☐ PROBATION VIOLATION |
| ☐ SERIALIZED PROPERTY | ☐ 293 - ACCEPTED |
| ☐ RELEASED PER 849 PC | ☐ PURSUIT |
| ☒ AVR USED | ☒ BOOKED |
| ☐ PAROLEE RELATED | ☐ USE OF FORCE |
| ☐ SART EXAM | ☐ AVR REVIEWED |
| ☐ 293 - OFFERED | ☐ LEOKA |
| ☐ HATE CRIME | ☐ JUVENILE RELATED |
| ☐ DOMESTIC VIOLENCE | ☒ ARREST |
| ☐ SHOOTING | ☐ CITATION ISSUED |
| ☐ SEXUAL ASSAULT | ☐ MARSY'S LAW |
| ☒ WEAPON USED | ☐ SCHOOL RELATED |
| ☐ GANG RELATED | ☐ LAP |
| ☐ PROBATION RELATED | ☐ PAROLE VIOLATION |
| ☐ EPO ISSUED | ☐ CPTED REVIEWED |

## NARRATIVE

SUSPECT BOOKED AT RPD AND TRANSFERRED TO MDF

**REPORTING PARTY 1**
REPORTING PARTY-1 (ORGANIZATION)
R-1 Richmond Police Department

**REPORTING PARTY 2**
REPORTING PARTY-2 (ORGANIZATION)
R-2 STATE OF CA

ORGANIZATION TYPE
Government

## ARREST/BOOKING #20-1757 (WARRANT)

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| Kay Maher #1671  Oct 7, 2020 23:45 (e-signature) | Pablo Cooper #1430  Oct 8, 2020 19:55 (e-signature) |
| PRINT NAME | PRINT NAME |
| Kay Maher #1671 | Pablo Cooper #1430 |

US-00024

| ARREST DATE / TIME | ARRESTING ORGANIZATION | | ARREST TYPE |
|---|---|---|---|
| Oct 7, 2020 23:00 | RICHMOND POLICE DEPARTMENT - RPD | | Warrant |

ARRESTING OFFICER

Kay Maher #1671

### ARRESTEE

| | ARRESTEE NAME (LAST, FIRST MIDDLE) | | SEX |
|---|---|---|---|
| | D-1 WILLIAMS, NATHAN NAILOE | | Male |

| DOB / ESTIMATED AGE RANGE | RACE / ETHNICITY |
|---|---|
| ▉▉▉▉▉▉ | Black / Not Hispanic Or Latino |

| PHONE NUMBER | EMAIL ADDRESS |
|---|---|
| | |

HOME ADDRESS

▉▉▉▉▉▉▉▉ ▉▉

| SSN # | STATE ID NUMBER | FBI ID # |
|---|---|---|
| ▉▉▉▉ | ▉▉▉▉▉ | ▉▉▉▉▉ |

ARRESTEE WAS ARMED WITH

Unarmed

### ARREST LOCATION

LOCATION NAME / STREET ADDRESS/LOCATION NAME / APT, UNIT, STE / DESCRIPTION

8465 ENTERPRISE WAY

| CITY | STATE | ZIP | COUNTRY CODE |
|---|---|---|---|
| OAKLAND | CA | 94621 | US |

| LOCATION CATEGORY | DISTRICT / ZONE |
|---|---|
| Hotel/ Motel/ Etc. | Outside City Limit (OCL) |

### CHARGES

| CHARGES – 1 | CASE # |
|---|---|
| DISREGARD SAFETY:EVADE POLICE \| 2800.2 (A) | 2020-00009128 |

| OFFENSE CODE | OFFENSE START DATE | OFFENSE END DATE |
|---|---|---|
| DISREGARD SAFETY:EVADE POLICE \| 2800.2 (A) | Oct 3, 2020 20:07 | Oct 7, 2020 22:34 |

ARREST DISPOSITION DATE / TIME

Oct 7, 2020 23:00

ARREST DISPOSITION

- ☐ Turned Over
- ☐ Handled Within Department
- ▦ Felony
- ☐ Juvenile Court
- ☐ Misdemeanor
- ☐ Released

| CHARGES – 2 | LEGACY CASE # OR IF WARRANT ENTER WARRANT # |
|---|---|
| CARRY LOADED HANDGUN:NOT REGISTERED OWNER \| 25850(c)(6) | 20-9128 |

| LEGACY OFFENSE | LEGACY OFFENSE SOURCE |
|---|---|
| PC 25850 (C)(6) | Legacy Report Offense |

ARREST DISPOSITION DATE / TIME

Oct 7, 2020 23:00

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| Kay Maher #1671   Oct 7, 2020 23:45 (e-signature) | Pablo Cooper #1430   Oct 8, 2020 19:55 (e-signature) |
| PRINT NAME | PRINT NAME |
| Kay Maher #1671 | Pablo Cooper #1430 |

US-00025

ARREST DISPOSITION

☐ Turned Over     ☐ Juvenile Court

☐ Handled Within Department     ☐ Misdemeanor

☒ Felony     ☐ Released

| CHARGES – 3 | LEGACY CASE # OR IF WARRANT ENTER WARRANT # |
|---|---|
| FELON/ADDICT/POSSESS/ETC FIREARM \| 29800(a)(1) | 20-9128 |

| LEGACY OFFENSE | LEGACY OFFENSE SOURCE |
|---|---|
| PC 29800 (A)(1) | Legacy Report Offense |

ARREST DISPOSITION DATE / TIME

Oct 7, 2020 23:00

ARREST DISPOSITION

☐ Turned Over     ☐ Juvenile Court

☐ Handled Within Department     ☐ Misdemeanor

☒ Felony     ☐ Released

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| Kay Maher #1671   Oct 7, 2020 23:45 (e-signature) | Pablo Cooper #1430   Oct 8, 2020 19:55 (e-signature) |
| PRINT NAME | PRINT NAME |
| Kay Maher #1671 | Pablo Cooper #1430 |

**Richmond Police Department**   1701 REGATTA BLVD | RICHMOND, CA 94804 | P: 510.233.1214     Pg 3 of 3

Mark43 RMS Form v2.0 generated by J. Terrell #1712 on Feb 9, 2021 14:56.

US-00026

## Case # 2020-00009128 - Supplement - 1 Report

| REPORT DATE / TIME | EVENT START DATE / TIME - EVENT END DATE / TIME | PRIMARY REPORTER |
|---|---|---|
| Oct 7, 2020 23:33 | Oct 7, 2020 23:18 - 23:40 | Hannah Darling #1773 |

SUPPLEMENT TYPE

CSI Supplement

### NARRATIVE

On October 7, 2020, at approximately 2315 hours, I was dispatched to Richmond Police Department (RPD) Jail. I arrived at approximately 2318 hours and met with Officer B. Hoffman who asked me to collect a reference buccal swab from Suspect Williams, Nathan (███ █████). 

I collected the buccal swab after Detective A. Caine received consent from Suspect Williams, Nathan ███ █████.

I checked with Officer B. Hoffman to determine if further assistance was needed. My assistance was no longer needed. I cleared the location at approximately 2320 hours.

Physical Property:

(1) Buccal Swab Suspect Williams, Nathan (███ █████)

### VEHICLE / PROPERTY & ITEMS SUMMARY

| DESCRIPTION / MAKE / MODEL / COLOR | STATUS / DATE / REASON FOR CUSTODY | VIN # / SERIAL # | QTY. | TOTAL ($) VALUE |
|---|---|---|---|---|
| (1) Buccal Swab Suspect Williams, Nathan (███ █████) / Unknown | Evidence/Seized / Oct 7, 2020 / Evidence | | 1 | UNKNOWN |

### PROPERTY & ITEMS ADDENDUM

2020-00009128-1 OTHER ITEM - (1) BUCCAL SWAB SUSPECT WILLIAMS, NATHAN (DOB 1/1/84)

| ITEM CATEGORY | BIOHAZARD |
|---|---|
| DNA Oral Reference | ▓ YES ☐ NO |

DESCRIPTION

(1) Buccal Swab Suspect Williams, Nathan (███ █████)

COLOR

Unknown

OWNER

NATHAN NAILOE WILLIAMS

| STATUS | STATUS DATE | TOTAL ($) VALUE | QUANTITY |
|---|---|---|---|
| Evidence/Seized | Oct 7, 2020 23:18 | UNKNOWN | 1 |

REASON FOR POLICE CUSTODY

Evidence

RECOVERING OFFICER / ID # / PERSON

Hannah Darling #1773

DROP-OFF LOCATION / INTAKE PERSON

Main Warehouse > Temporary Refrigerator - 63

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| Hannah Darling #1773   Oct 7, 2020 23:36 (e-signature) | Yesenia Martinez #1357   Oct 8, 2020 00:06 (e-signature) |
| PRINT NAME | PRINT NAME |
| Hannah Darling #1773 | Yesenia Martinez #1357 |

US-00027

RECOVERED LOCATION

RICHMOND POLICE DEPARTMENT, 1701 REGATTA BLVD, RICHMOND, CA 94804

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
| --- | --- |
| Hannah Darling #1773   Oct 7, 2020 23:36 (e-signature) | Yesenia Martinez #1357   Oct 8, 2020 00:06 (e-signature) |
| PRINT NAME | PRINT NAME |
| Hannah Darling #1773 | Yesenia Martinez #1357 |

US-00028

## Case # 2020-00009128 - Custodial Property Summary Report

### VEHICLE / PROPERTY & ITEMS SUMMARY

| DESCRIPTION / MAKE / MODEL / COLOR | STATUS / DATE / REASON FOR CUSTODY | VIN # / SERIAL # | QTY. | TOTAL ($) VALUE |
|---|---|---|---|---|
| (1) Buccal Swab Suspect Williams, Nathan ██ ████) / Unknown | Evidence/Seized / Oct 7, 2020 / Evidence | | 1 | UNKNOWN |
| BLACK GLOCK 26 SEMI-AUTOMATIC .9MM PISTOL, TEN ROUND GLOCK MAGAZINE, UNFIRED BULLETS / Glock, Inc. / 26 | Evidence/Seized / Oct 7, 2020 / Evidence | YHY895 | 1 | UNKNOWN |

### PROPERTY & ITEMS ADDENDUM

*2020-00009128-1 OTHER ITEM - (1) BUCCAL SWAB SUSPECT WILLIAMS, NATHAN (DOB 1/1/84)*

| ITEM CATEGORY | BIOHAZARD |
|---|---|
| DNA Oral Reference | ☒ YES ☐ NO |

DESCRIPTION

(1) Buccal Swab Suspect Williams, Nathan ██████

COLOR

Unknown

OWNER

NATHAN NAILOE WILLIAMS

| STATUS | STATUS DATE | TOTAL ($) VALUE | QUANTITY |
|---|---|---|---|
| Evidence/Seized | Oct 7, 2020 23:18 | UNKNOWN | 1 |

REASON FOR POLICE CUSTODY

Evidence

RECOVERING OFFICER / ID # / PERSON

Hannah Darling #1773

DROP-OFF LOCATION / INTAKE PERSON

Main Warehouse > Temporary Refrigerator - 63

RECOVERED LOCATION

RICHMOND POLICE DEPARTMENT, 1701 REGATTA BLVD, RICHMOND, CA 94804

*2020-00009128-2 FIREARM - BLACK GLOCK 26 SEMI-AUTOMATIC .9MM PISTOL, TEN ROUND GLOCK MAGAZINE, UNFIRED BULLETS*

| FIREARM TYPE | DESCRIPTION |
|---|---|
| Pistol, Semi-automatic | BLACK GLOCK 26 SEMI-AUTOMATIC .9MM PISTOL, TEN ROUND GLOCK MAGAZINE, UNFIRED BULLETS |

| FIREARM MAKE | SERIAL # |
|---|---|
| Glock, Inc. | YHY895 |

| FINISH | GRIP |
|---|---|
| Black | Black Polymer |

| CALIBER / GAUGE | BARREL LENGTH |
|---|---|
| 9 MM | 3.5 |

BIOHAZARD

☐ YES ☒ NO

US-00029

SUSPECTED ASSOCIATION

## NATHAN NAILOE WILLIAMS

| STATUS | STATUS DATE | TOTAL ($) VALUE | QUANTITY |
|---|---|---|---|
| Evidence/Seized | Oct 7, 2020 01:32 | UNKNOWN | 1 |

REASON FOR POLICE CUSTODY

Evidence

RECOVERING OFFICER / ID # / PERSON

Orlando Guzman #1652

DROP-OFF LOCATION / INTAKE PERSON

Main Warehouse > 05

RECOVERED LOCATION

8465 ENTERPRISE WAY, 221, OAKLAND, CA 94621

US-00030

## Case # 2020-00009128 - Property Supplement - 1 Report

| REPORT DATE / TIME | DISTRICT / ZONE | EVENT START DATE / TIME – EVENT END DATE / TIME |
|---|---|---|
| Oct 8, 2020 01:30 | Outside City Limit (OCL) | Oct 7, 2020 01:32 - 01:32 |

| PRIMARY REPORTER | WEATHER |
|---|---|
| Orlando Guzman #1652 | Dark |

ASSISTING PERSONNEL / TYPE(S)

Brian Hoffman #1592 (Transport Suspect)

REPORT TAKEN LOCATION

8465 ENTERPRISE WAY, OAKLAND, CA 94621

EMS / FIRE / OTHER LE AGENCIES ON SCENE

☐ YES ▨ NO

STAT REPORTING

| | |
|---|---|
| ☐ ELDER ABUSE | ☐ PROBATION VIOLATION |
| ☐ SERIALIZED PROPERTY | ☐ 293 - ACCEPTED |
| ☐ RELEASED PER 849 PC | ☐ PURSUIT |
| ▨ AVR USED | ▨ BOOKED |
| ☐ PAROLEE RELATED | ☐ USE OF FORCE |
| ☐ SART EXAM | ☐ AVR REVIEWED |
| ☐ 293 - OFFERED | ☐ LEOKA |
| ☐ HATE CRIME | ☐ JUVENILE RELATED |
| ☐ DOMESTIC VIOLENCE | ▨ ARREST |
| ☐ SHOOTING | ☐ CITATION ISSUED |
| ☐ SEXUAL ASSAULT | ☐ MARSY'S LAW |
| ▨ WEAPON USED | ☐ SCHOOL RELATED |
| ☐ GANG RELATED | ☐ LAP |
| ☐ PROBATION RELATED | ☐ PAROLE VIOLATION |
| ☐ EPO ISSUED | ☐ CPTED REVIEWED |

*REPORTING PARTY-1*

REPORTING PARTY-1 (ORGANIZATION)

R-1 Richmond Police Department

*REPORTING PARTY-2*

REPORTING PARTY-2 (ORGANIZATION)

R-2 STATE OF CA

ORGANIZATION TYPE

Government

## VEHICLE / PROPERTY & ITEMS SUMMARY

| DESCRIPTION / MAKE / MODEL / COLOR | STATUS / DATE / REASON FOR CUSTODY | VIN # / SERIAL # | QTY. | TOTAL ($) VALUE |
|---|---|---|---|---|
| BLACK GLOCK 26 9X19, TEN ROUND GLOCK MAGAZINE, UNFIRED BULLETS / Glock, Inc. / 26 | Evidence/Seized / Oct 7, 2020 / Evidence | YHY895 | 1 | UNKNOWN |

## PROPERTY & ITEMS ADDENDUM

*2020-00009128-2 FIREARM - BLACK GLOCK 26 9X19, TEN ROUND GLOCK MAGAZINE, UNFIRED BULLETS*

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| Orlando Guzman #1652   Oct 8, 2020 01:36 (e-signature) | Pablo Cooper #1430   Oct 8, 2020 19:55 (e-signature) |
| PRINT NAME | PRINT NAME |
| Orlando Guzman #1652 | Pablo Cooper #1430 |

**Richmond Police Department**   1701 REGATTA BLVD | RICHMOND, CA 94804 | P: 510.233.1214

Mark43 RMS Form v2.0 generated by J. Terrell #1712 on Feb 9, 2021 14:56.

Pg 1 of 2

US-00031

| FIREARM TYPE | DESCRIPTION |
|---|---|
| Pistol, Semi-automatic | BLACK GLOCK 26 9X19, TEN ROUND GLOCK MAGAZINE, UNFIRED BULLETS |

| FIREARM MAKE | SERIAL # |
|---|---|
| Glock, Inc. | YHY895 |

| FINISH | GRIP |
|---|---|
| Black | Black Polymer |

| CALIBER / GAUGE | BARREL LENGTH | |
|---|---|---|
| 9 MM | 3 | |

BIOHAZARD

☐ YES ☒ NO

SUSPECTED ASSOCIATION

NATHAN NAILOE WILLIAMS

| STATUS | STATUS DATE | TOTAL ($) VALUE | QUANTITY |
|---|---|---|---|
| Evidence/Seized | Oct 7, 2020 01:32 | UNKNOWN | 1 |

REASON FOR POLICE CUSTODY

Evidence

RECOVERING OFFICER / ID # / PERSON

Orlando Guzman #1652

DROP-OFF LOCATION / INTAKE PERSON

Main Warehouse > 05

RECOVERED LOCATION

8465 ENTERPRISE WAY, 221, OAKLAND, CA 94621

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| Orlando Guzman #1652   Oct 8, 2020 01:36 (e-signature) | Pablo Cooper #1430   Oct 8, 2020 19:55 (e-signature) |
| PRINT NAME | PRINT NAME |
| Orlando Guzman #1652 | Pablo Cooper #1430 |

**Richmond Police Department**   1701 REGATTA BLVD | RICHMOND, CA 94804 | P: 510.233.1214

Mark43 RMS Form v2.0 generated by J. Terrell #1712 on Feb 9, 2021 14:56.

Pg 2 of 2

US-00032

## Case # 2020-00009128 - Supplement - 2 Report

| REPORT DATE / TIME | EVENT START DATE / TIME - EVENT END DATE / TIME | PRIMARY REPORTER |
|---|---|---|
| Oct 8, 2020 15:11 | Oct 7, 2020 01:32 - 01:32 | Ann Shiraishi-Cang #1658 |

SUPPLEMENT TYPE

Investigative Follow-up

## NARRATIVE

**Arrest of (S)-Nathan Williams**

On 10/07/2020 at approximately 2200 hours, (S)-Williams was arrested for his outstanding ramey warrant.

As SIS personnel secured (S)-Williams' hotel room (#221), Sgt. Lonso, Ofc. Hoffman and I stood outside the front of the hotel with (S)-Williams. As we waited, it was explained to (S)-Williams that he had been arrested for being in possession of a firearm and evading the police. It was further explained to (S)-Williams that Ofc. Guzman was in the process of obtaining a search warrant for his hotel room and vehicle.

It should be noted, (S)-Williams' room, #221, is located on the east side of the hotel and overlooked the front parking lot of the hotel. (S)-Williams' hotel room was in clear view from where we were standing.

After (S)-Williams observed SIS personnel conduct a protective sweep of his hotel room, (S)-Williams spontaneously and unprovoked said, "Well, you got me now ... You got the gun, what are we waiting for?" "I have it [the gun] for protection". (S)-Williams further explained that he had been shot in the past and needed the firearm for protection. (S)-Williams said he was not a violent person but repeatedly emphasized the need for protection.

## INVOLVED PERSONS

| INVOLVED PERSON-1 NAME {LAST, FIRST MIDDLE} | DOB / ESTIMATED AGE RANGE |
|---|---|
| P-1 WILLIAMS, NATHAN NAILOE | ▮▮▮▮▮ |

| SEX | RACE / ETHNICITY |
|---|---|
| Male | Black / Not Hispanic Or Latino |

HOME ADDRESS

▮▮▮ ▮▮▮ ▮▮▮▮▮▮ ▮▮ ▮▮▮

INVOLVEMENT TYPE

Arrested

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| Ann Shiraishi-Cang #1658  Oct 8, 2020 15:32 (e-signature) | Pablo Cooper #1430  Oct 8, 2020 19:55 (e-signature) |
| PRINT NAME | PRINT NAME |
| Ann Shiraishi-Cang #1658 | Pablo Cooper #1430 |

US-00033

## Case # 2020-00009128 – Supplement – 3 Report

| REPORT DATE / TIME | EVENT START DATE / TIME – EVENT END DATE / TIME | PRIMARY REPORTER |
|---|---|---|
| Oct 8, 2020 18:01 | Oct 7, 2020 01:32 - 01:32 | Ann Shiraishi-Cang #1658 |

SUPPLEMENT TYPE

Assisting narrative, Investigative Follow-up

### NARRATIVE

On 10/7/20 I was assigned to assist Ofc. Guzman on the location and arrest of S-WILLIAMS.

At approximately 2028 hours, I entered the location of 8465 Enterprise Way, -La Quinta Inn. I confirmed, via the La Quinta room registry, that WILLIAMS was checked in for the night to room 221.

Upon being taken into custody, WILLIAMS was found to be in possession of 2 key cards to the hotel. I took possession of the keys and went to the second floor to assist with the search warrant.

It should be noted, the card keys on WILLIAMS person would not open the door for room 221. Upon entering the key card into the slot, the door did not indicate, with a green or red light, that the lock was functioning. La Quinta provided officers with another key card issued to the room. The new key did not open the door, nor register an error light when entering the key. Maintenance arrived and identified the problem to be a battery change needed to the locking mechanism. Once the batteries were changed, the door unlocked on the first attempt at entering the key card.

While executing the search warrant to the room, I located a piece of paper on the dresser, at the foot of the bed. The paper was a Mercedes Service receipt and addressed to WILLIAMS. I notified Ofc. Guzman of my findings.

### INVOLVED PERSONS

| INVOLVED PERSON-1 NAME {LAST, FIRST MIDDLE} | DOB / ESTIMATED AGE RANGE |
|---|---|
| P-1 WILLIAMS, NATHAN NAILOE | ▬▬▬▬ |

| SEX | RACE / ETHNICITY |
|---|---|
| Male | Black / Not Hispanic Or Latino |

HOME ADDRESS

▬▬ ▬▬ ▬▬ ▬▬▬▬ ▬▬▬

INVOLVEMENT TYPE

Suspect

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| Alyssa Alvarado #1749   Oct 8, 2020 18:23 (e-signature) | Pablo Cooper #1430   Oct 8, 2020 19:55 (e-signature) |
| PRINT NAME | PRINT NAME |
| Alyssa Alvarado #1749 | Pablo Cooper #1430 |

US-00034

# EXHIBIT B

**EXHIBITS IN SUPPORT OF DECLARATION OF JOHN PAUL REICHMUTH IN SUPPORT OF MOTION TO SUPPRESS**

SW NO. _____

# STATE of CALIFORNIA, COUNTY of CONTRA COSTA,
# SEARCH WARRANT and AFFIDAVIT
# (AFFIDAVIT)

**Officer O. Guzman** swears under oath that the facts expressed by him/her in the attached and incorporated **Statement of Probable Cause** are true and that based thereon he has probable cause to believe and does believe that the articles, property, and persons described below are lawfully seizable pursuant to Penal Code Section 1524 et seq., as indicated below, and are now located at the locations set forth below.   Wherefore, Affiant requests that this Search Warrant be issued.

_____*Officer Orlando Guzman*_____,
(Signature of Affiant)

HOBBS SEALING REQUESTED:  ☐ YES  ☒ NO
NIGHT SEARCH REQUESTED:  ☒ YES  ☐ NO

# (SEARCH WARRANT)

**THE PEOPLE OF THE STATE OF CALIFORNIA TO ANY SHERIFF, POLICEMAN OR PEACE OFFICER IN THE COUNTY OF CONTRA COSTA:** proof by affidavit, under penalty of perjury, having been made before me by **Officer R. Ramos** that there is probable cause to believe that the property or person described herein may be found at the location(s) set forth herein and that it is lawfully seizable pursuant to Penal Code Section 1524 et seq., as indicated below by "☒"(s), in that:

- ☐ it was stolen or embezzled;
- ☒ it was used as the means of committing a felony;
- ☒ it is possessed by a person with the intent to use it as means of committing a public offense or is possessed by another to whom he or she may have delivered it for the purpose of concealing it or preventing its discovery;
- ☐ it tends to show that a felony has been committed or that a particular person has committed a felony;
- ☐ it tends to show that sexual exploitation of a child, in violation of Penal Code Section 311.3, or possession of matter depicting sexual conduct of a person under the age of 18 years, in violation of Section 311.11, has occurred or is occurring;
- ☐ a provider of electronic communication service or remote computing service has records of evidence, as specified in Penal Code Section 1524.3, showing that property was stolen or embezzled constituting a misdemeanor, or that property or things are in possession of any person with intent to use them as a means of committing a misdemeanor public offense, or in the possession of another to whom he or she may have delivered them for the purpose of concealing them or preventing their discovery;
- ☐ There is a warrant to arrest a person; **Penal Code 1524(a)(6)**

## You are Therefore COMMANDED to SEARCH:

**Location**: 8465 Enterprise Way, Apartment 221, Oakland, CA 94621

**Section 1**: **THE PREMISES**: 8465 Enterprise Way, Apartment 221, is La Quinta by Wyndham Oakland Airport Coliseum. The exterior color of the aforementioned building is crème with a red roof. The number "8465" is affixed on the front of the buildings driveway, which faces east towards Enterprise Way.  Apartment 221 is located on the second floor and the number 221 is affixed next to the door.

8465 Enterprise Way, Apartment 221, will include safes, trash areas, storage spaces and all containers therein and thereon which could contain any of the items sought.

**Section 2**: **THE CONTAINER (S)** located at and described as: Any and all containers located inside the residence that could contain the item described on section 1.

US-00035

**Section 3**: **THE VEHICLE (S)** described as: described as: Any vehicles including all vehicle compartments, containers and trunks identifiable as being registered to or belonging to person(s) residing at the residence via keys, admissions and documentation.

2017 Black Mercedes Benz S 550 CA Temporary Plate ████████

**Section 4**: **THE PERSON(S)** of:

**Williams, Nathan Nailoe DOB**████████, 6'0", 210, CII ████████

**Section 5**: **FOR THE FOLLOWING PROPERTY, THING(S) and/or PERSON(S)**

(X) Listed below:
- Firearms
- Ammunition
- Holsters
- Weapon accessories
- Cleaning Kits
- Targets
- Magazines
- Firearm parts
- Personal property (indicia) tending to prove the identity of the person in possession of, or having control over the listed items.  Personal property to include, but not limited to, mail, photos, utility and phone bills, personal identification etc.
- Bucall (DNA) swab

- To seize, view and forensically examine any tools and equipment including computers, cell phones, printers and cameras: including any computing or data processing devices and associated peripheral equipment such as computer units, keyboards, central processing units and/or other receiving devices, external drives and/or external storage, tape and/or disk, terminals and/or video display units and/or other receiving devices and peripheral equipment such as printers, any computer or data processing software and the device(s) on which such software is stored such as hard disks, floppy disks, flash drives, thumb drives; Officers are allowed to seize any media devices, cell phones located in the residence, their person's or property.  If any media devices are seized, Officers/Agents will author a second search warrant for those devices to further obtain any additional evidence.

- Papers, documents and effects which tend to show possession, dominion and control over said premises, including keys, photographs, tape recorded voices, and/or images, anything bearing a person's name, photograph, social security number or driver's license, form of identification including canceled mail envelopes, phone toll records, answering machine tape recordings, letters of credit, passbooks, bank checks, registrations and notices from governmental agencies.

And to seize it or any part thereof and retain such property in your custody subject to order of this court, pursuant to Penal code Section 1536.

The Attachments indicated below are incorporated by reference and by physical attachment into this Affidavit and are part of this Affidavit as though set forth here word-for-word; probable cause contained in:

__X__   Narrative Statement Of Probable Cause.

_____   The following listed official police reports and records; and documents, exhibits and photographs:

___X__  Statement(s) of expertise and opinion:

I/we have reasonable cause to believe that grounds exist for the issuance of a search warrant based on the content of this affidavit which includes the above-referenced attachments, and pray that a search warrant be issued.

US-00036

**I/we certify (or declare) under penalty of perjury** under the laws of the State of California that the information in this Affidavit is true and correct:

_____ *Officer Orlando Guzman* _____
**Affiant**

**AND TO SEIZE IT / THEM IF FOUND** and bring it / them forthwith before me, or this court, at the courthouse of this court. This **Search Warrant** and **Affidavit** and attached and incorporated **Statement of Probable Cause** were sworn to as true and subscribed before me on this _7th_ day of ___Oct. 2020___, at_10:31pm_ A.M. / **P.M.**  Wherefore, I find probable cause for the issuance of this Search Warrant and do issue it.

HOBBS SEALING APPROVED: ☐ YES ☒ NO

NIGHT SEARCH APPROVED: ☒ YES ☐ NO

_____
(Signature of Magistrate)

Judge of the Superior Court of California, County of Contra Costa,  Dept. __13__

Lewis A. Davis
_____
(Magistrate's Printed Name)

US-00037

**Statements of Expertise**

The Affidavit swears to the following facts to establish probable cause for the issuance of a Ramey Warrant. My name is Orlando Guzman.  I am employed as a sworn Police Officer for the City of Richmond, California. I have been employed since June of 2014.  From January of 2014 to June of 2014, I attended the Napa Valley Police Academy.  I successfully completed the academy, earning my P.O.S.T. certificate.

During my tenure with the Richmond Police Department, I have been assigned to patrol, as a Patrol Crime Scene Investigator and School Resource Officer.  I am currently assigned to patrol division.

I have investigated numerous felonies, and arrested people for felonious crimes.  The crimes I have arrested individuals for include narcotics possession and sales, domestic violence related offenses, burglaries, sexual assault offenses, vehicle pursuits, and illegal possession of firearms.  I have investigated no fewer than 30 firearm-related offenses and interviewed numerous suspects.

My training includes the following:

P.O.S.T. Certified Search Warrant A-Z Course, 16 hours
P.O.S.T. Certified School Resource Officer, 40 hours
Gang Symposium, 40 hours
P.O.S.T. Certified Interview and Interrogation, 40 hours


**Statements of Probable Cause**


**Instagram Posts (nastynatemm):**

On 09/28/2020, at 1757 hours, Detective Caine was monitoring social media and reviewed Nathan Williams' Instagram social media account "nastynatemm".  Williams posted a live feed of himself inside a vehicle with a firearm.  Detective Caine showed me the video and I reviewed the video in its entirety.  I recognized the subject in the Instagram live video as Nathan Williams.  Williams was inside a vehicle that had black interior and moon roof.  The camera was oriented towards Williams and it captured his lap and upper body. Williams was wearing a Cincinnati Reds baseball flat bill hat and a chain that spelled "NASTY".  On his lap, Williams appeared to have a firearm.  The frame, magazine, and portions of the left side of the firearm were visible in the video.  I could see the baseplate of a black Glock magazine oriented towards the camera.  The baseplate of the magazine had the Glock logo.  The magazine appeared to be inserted into the magazine well of the firearm and it protruded approximately one inch from the magazine well indicating it could be an extended magazine.

Based on my training and experience as a firearms instructor, I believe the firearm in the live feed Instagram video to be a genuine pistol.  It did not display an orange tip indicating it might be a replica firearm.  The frame, trigger guard, grip, and the Glock magazine led me to believe that Williams was in possession of a Glock pistol.

I conducted a Criminal History Check on Nathan Williams and discovered he was a convicted felon and was not allowed to be in possession of firearms.  Williams had arrests for PC 266(h) – Pimping, PC 266(i) – Pandering, and PC 653.23(a)(1) – supervise/etc prostitution out of Oakland and San Francisco.  Williams also had several felony convictions on his Criminal History transcript:

- HS 11360(a) – Felony conviction for the sell and distribution of Marijuana.  Docket number T610495159050700080 1
- PC 32 – Felony conviction for accessory
- PC 29800(a)(1) – Felon in possession of a firearm, PC 25850(a) – Carrying a loaded firearm in public, and PC 30305(a)(1) – Prohibited from owning/possessing ammunition.  Williams was convicted on felonies for all of the charges.  Docket number 05-180265-1-001.

Based on the above information I believed Williams was possessing a firearm illegally.

**Officer Woody's Field Interview Report #20-9133:**

On September 26, 2020, at 1536 hours, Officer Woody was working patrol when she conducted a traffic enforcement stop on a black four door Mercedes Benz S 550 at 1st Street and Macdonald Avenue.  The vehicle displayed a California temporary license plate of ███████  The driver identified himself with his California Driver's license as Nathan Williams.

I was with Officer Woody at the traffic stop when she informed me that she stopped Williams in the vehicle.  On prior occasions, I have seen Williams in the same vehicle loitering at 4th Street and Macdonald Avenue.

**Report Case Number # 20-9128:**

I was in the area of 4th Street and Macdonald Avenue conducting a security check due to an increase in gun violence and a homicide that occurred on 09/18/2020 (Refer to 20-8505).  Officer Shanks and I were working a violence suppression operation to disrupt gun violence within the City of Richmond.

On October 3, 2020, at approximately 2007 hours, I was driving eastbound on Nevin Avenue approaching 4th Street when my attention was drawn to a black Mercedes Bens S 550.  The vehicle was stopped in the intersection of 4th Street and Nevin Avenue oriented north.  The vehicle did not have a front license plate and the vehicle's windows were tinted.  The vehicle matched the description of Williams' vehicle and was coming from an area he frequents.

The vehicle drove westbound on Nevin Avenue and I conducted a U-Turn to conduct a traffic enforcement stop for CVC 26708(a)(1) – tinted windows and CVC 5200(a) – two license plates required.

I caught up to the vehicle as it drove southbound on 1st Street from Nevin and I activated my emergency lights, to include the solid forward facing red light.

The vehicle's rear temporary license plate appeared to be the same license plate on Williams' vehicle (CA - ███████).  As the license plate moved with the wind, I noticed that there was a California License Plate under the temporary paper license plate of the vehicle.

I activated my siren when the vehicle turned westbound on Macdonald Avenue from 1st street.  The vehicle failed to stop at the regulatory stop sign at the intersection.  The vehicle sped westbound on Macdonald Avenue past Curry Street.  It failed to stop at the regulatory stop sign at the intersection.

The vehicle turned southbound on Richmond Parkway from Macdonald Avenue and continued increasing its speed on Richmond Parkway.  The vehicle never attempted to stop or slow down to my audible siren or emergency lights.

US-00039

The vehicle entered the I-580 East from Richmond Parkway.  The vehicle continued increasing its speed on I-580 East from Marina Bay Parkway.  The vehicle was driving well over 120 miles per hour and I canceled the pursuit because of the unsafe speeds.  I lost sight of the vehicle on I-580 East.

Based on the above information I believed that Williams was in the vehicle and fled because he was possibly armed with the firearm.

**Instagram Posts (nastynatemm) after pursuit:**

On October 3, 2020, at approximately 2129 hours, Detective Shirashi was monitoring social media and reviewed Nathan Williams Instagram social media account "nastynatemm".  Detective Shirashi showed me the video and I reviewed the video in its entirety.  I recognized the subject in the Instagram live video as Nate Williams.  Williams had the camera oriented towards him as he sat in a room.  Williams was wearing a green camouflage hooded sweater that had teeth on the left and right sleeve, a black Cincinnati Reds flat billed hat, and the same necklace that had the word "NASTY" spelled out.  While Williams was on Instagram, an individual joined his Instagram live feed and engaged in a conversation.  The individuals Instagram social media account was "magnummanmellie"

The individual said he heard the "rolla", a word commonly used to describe a police officer, make a U-Turn.  The individual was telling him that they (the police) was "on that man".  Williams said "Im blowed though man. I aint got no whip now bro."  Williams was asked if he left it somewhere, but Williams said that it was parked "safely".  Williams told subject "And I threw the umm. Ya talking about".  Leading me to believe he was referring to a firearm.

Williams said "that shit was crazy" and went on to say "not tonight bucko".  The subject talked about how he left the city after the incident happened.  Williams said "Nigga I hit it so hard.  It was over with once I got on the parkway."  The parkway is an abreveation people use for Richmond Parkway located in the City of Richmond.  This was one of the routes the black Mercedes drove through during the pursuit.

The individual oriented the camera towards an individual leaning in the vehicle's window.  I immediately recognized him from prior contacts as Jonjohn Foster Junior.  Foster frequents 4th Street and Nevin Avenue.  Foster said "I aint gonna lie he ran them boys" referring to the getting away from the police.  Foster said "He uh!" then raised his left hand and gestured as if he was pulling a trigger.  Foster said he was telling others "He ran them!".  Indicating to someone else that Williams fled from the police.  Williams said "I couldn't stop boy I wasn't going out like that boy".

Williams continued talking then said "I just threw the G man out.  I gotta get to the freeway about two or three in the morning".  Williams was referring to having discarded a firearm on the freeway and having to going to pick the firearm at two or three in the morning.  I believe "G man" refers to a Glock pistol.  Williams continued saying "They thought I was going out. You hear me. I aint going out." Williams disconnected from Instagram live.

Within five days of October 2, 2020, Detective Shirashi had information that Nathan Williams was staying at La Quinta by Wyndham Oakland International Airport Coliseum, 8465 Enterprise Way, Apartment 221, Oakland, CA.  Detective Shirashi conducted follow up at the hotel and confirmed Nathan Williams was check into room 221.

Case Report #  20-9128 .

US-00040

On October 7, 2020, I authored a Ramey warrant for Williams and Honorable Judge Davis granted the warrant for his arrest.

Richmond Police Department detectives determined, through room registry, Williams was residing in Room 221 at the La Quinta Hotel, 8465 Enterprise Way, Oakland (Alameda Co.), CA.

On October 7, 2020, at 2051 hours, Detective Thomas observed Williams drive the black Mercedez Benz (CA Temporary Plate ███████) into the parking lot at the La Quinta. Detective Thomas observed Williams park in a handicap parking stall at La Quinta.  Williams exited the driver's side of the vehicle and walked towards the entrance of La Quinta.  Detective Shirashi arrested Williams on his outstanding warrant.  Williams was found in possession of a La Quinta key card in his wallet.  Williams also a car key to a Mercedes Benz in his possession.

## STATEMENT OF OPINION

### Firearm

Based on my training and experience, I believe persons in possession of firearms will also possess at their place of residence additional firearms, ammunition and ammunition containers such as magazines, pouches, and boxes. Those who own/possess firearms will also possess targets, cleaning equipment, bullet casings; and associated documentation related to the possession/transfer of these items such as photographs, receipts or manufacturer packaging.

Those who possess firearms often possess spare parts such as grips, stocks, springs, and barrels for said firearms and an owner's manual or some form of instruction material for the weapon.

Those who possess firearms will often take photos of or videos of the operation and function of their firearms. These photos and videos are typically captured by electronic devices that include cell phones and cameras.

It has also been my experience that persons possessing firearms will keep firearms inside of the vehicles they control to allow the easy access to the firearms.

From my experience, when evidence is found during a search warrant, it is common for suspects to deny ownership of the contraband. With this being said, DNA samples (Buccal Swab, fingerprints ect.) taken from the suspect and items will assist in proofing the ownership or possession of the contraband.

I believe that personal property (indicia) located at 8465 Enterprise Way, Apartment 221, Oakland, CA) will assist in proving the identity of the person in possession of, or having control over the listed items.  The type of personal property sought includes, but is not limited to, mail, photos, utility and phone bills, personal identification etc.

Due to risk of entering a residence with the potential have a firearm within it, I respectfully request night service for the search warrant of exterior structure located at 8465 Enterprise Way, Apartment 221, Oakland, CA. By tactically using the darkness of the night, personnel will be able to conceal themselves in order to approach the residence.

US-00041

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

_____*Officer Orlando Guzman*_____

Officer O. Guzman

Richmond Police Department


Subscribed and sworn to me

This___7___ day of October 2020

Superior Court Judge

Richmond, California

# Lewis A. Davis

US-00042

# EXHIBIT C

**EXHIBITS IN SUPPORT OF DECLARATION OF JOHN PAUL REICHMUTH IN SUPPORT OF MOTION TO SUPPRESS**

GEOFFREY A. HANSEN
Acting Federal Public Defender
Northern District of California
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
13th Floor Federal Building - Suite 1350N
1301 Clay Street
Oakland, CA 94612
Telephone:   (510) 637-3500
Facsimile:    (510) 637-3507
Email:        John_Reichmuth@fd.org

Counsel for NATHAN WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | **Case No.:** CR 21–463 HSG |
|---|---|
| Plaintiff, | **EXHIBIT C TO DEFENDANT'S MOTIONS TO SUPPRESS: CD/DVD CONTAINING AUDIO VIDEO MATERIALS** |
| v. | |
| NATHAN WILLIAMS, | |
| Defendant. | |

**<u>MANUAL FILING NOTIFICATION</u>**

<u>Regarding Exhibit C to Defendant's Motion to Suppress:</u>

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant on this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main website at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

1    This filing was not efiled for the following reasons:

2

3    _____ Voluminous Document (PDF file size larger than efiling system allowances)

4    _____ Unable to Scan Documents

5    _X_ Physical Object (description): _____One (1) CDs/DVDs_____

6    _____ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

7    _____ Item Under Seal

8    _____ Conformance with the Judicial Conference Privacy Policy (General Order 53).

9    _____ Other (description):

10

11

12   Dated:        March 2, 2022                      Respectfully submitted,

13                                                    GEOFFREY A. HANSEN

14                                                    Acting Federal Public Defender
                                                      Northern District of California
15

16                                                         /S/
                                                     _____
17                                                    JOHN PAUL REICHMUTH
                                                      Assistant Federal Public Defender
18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT D

**EXHIBITS IN SUPPORT OF DECLARATION OF JOHN PAUL REICHMUTH IN SUPPORT OF MOTION TO SUPPRESS**

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

**Report of Investigation**

| Title of Investigation:<br>Operation Open Water | Investigation Number:<br>786025-20-0074 | Report Number:<br>10 |
|---|---|---|

SUMMARY OF EVENT: Nathan Williams arrested for 18 U.S.C. 922(g)(1) Felon in Possession of a Firearm and/or Ammunition, arrest warrant at the La Quinta Inn & Wyndham Suites (8465 Enterprise Way, Oakland, CA)

NARRATIVE:

1. On or about July 18, 2021, Task Force Officer (TFO) Jameiz Terrell was monitoring Nathan WILLIAMS Instagram social media account "nastynatemm". WILLIAMS posted a video of himself sitting inside of his vehicle. The video captured the rear of the "La Quinta Inn & Suites by Wyndham Oakland Airport Coliseum." TFO Terrell is familiar with the location and has been to the location for previous investigations.

2. On July 19, 2021, The following personnel participated in the operation: TFO Terrell, Special Agent (SA) C. Bailey, TFO E. Lara, TFO K. Lindsey, TFO N. Hoang, ACSO Deputies Gonzalez and Mumbower at the aforementioned location. ATF personnel observed WILLIAMS exit his black Mercedes Benz (CA7ZJW132) and enter the hotel lobby. ATF personnel advised Alameda County Sheriff's Department Deputies (ACSO), WILLIAMS was inside of the hotel and had an active arrest warrant for 18 U.S.C. 922(g)(1).

3. ATF personnel continued surveillance and observed WILLIAMS unlock and enter the aforementioned vehicle. ATF personnel observed WILLIAMS searching through miscellaneous items with several of the vehicle doors open.

4. ACSO Deputies entered the hotel parking lot and arrested WILLIAMS for his arrest warrant. Due to the vehicle doors being opened, TFO Terrell observed a firearm in plain view on the driver side floor board. The firearm was lying upside down with the barrel facing towards the rear of the vehicle. The firearm was a Glock 27, .40 caliber, and had an extended magazine inserted. Due to TFO Terrell observing the firearm in plain view and for the safety of the individuals within the area, ATF personnel continued to search the aforementioned vehicle.

5. SA Bailey took a pre-search video of the vehicle before recovering a Glock model 27, .40 caliber pistol bearing serial number BBGG014 loaded with 19 rounds of .40 caliber ammunition (1 in the chamber and 18 inside a 22-round magazine). A rose gold Apple iPhone was recovered from the glove compartment and a black Samsung was recovered from the center console. WILLIAM"s cell phone located on his person was taken into custody. The evidence was transported and booked to the Oakland Field Office by TFO Terrell.

6. WILLIAM's driver's license was located in his wallet in the center console along with several items of DMV

| Prepared by:<br>Jameiz N. Terrell | Title:<br>Task Force Officer, Oakland Field Office | Signature: | Date:<br>7/20/21 |
|---|---|---|---|
| Authorized by:<br>Tommy Ho | Title:<br>Resident Agent in Charge, Oakland Field Office | Signature: | Date:<br>7/23/21 |
| Second level reviewer (optional):<br>Patrick T. Gorman | Title:<br>Special Agent in Charge, San Francisco Field Division | Signature: | Date: |

ATF EF 3120.2 (10-2004)
For Official Use Only

US-00176

| Title of Investigation: | Case Number: | Report Number: |
|---|---|---|
| Operation Open Water | 786   -20-0074 | 10 |

paperwork with the name "Nathan Williams" attached.

7.      A pair of men's black jeans with a khaki/red belt was located on the front passenger seat floor board. ATF personnel located $12,732 in several denominations in the black jeans front left pocket. WILLIAMS told ATF personnel the money belonged to him. The funds were placed in WILLIAMS property by TFO Hoang at Santa Rita Jail.

8.      WILLIAMS was transported by ACSO deputies to Santa Rita Jail. TFO Terrell read WILLIAMS his Miranda rights per a Department issued Contra Costa County DA Miranda card. WILLIAMS admitted possession to both firearms.

ATF PROPERTY:
Exhibit 1 – Glock 27 .40 .cal pistol, s/n BBGG014 w/ 22-round magazine
Exhibit 2 – 19 rounds of .40 caliber ammunition
Exhibit 3 – Green Apple iPhone , IMEI: 890126001279225841 60.70
Exhibit 4 – Rose gold Apple iPhone, IMEI: 89148000006364942209
Exhibit 5- Black Samsung – 350603973012880

ATF EF 3120.2 (10-2004)
For Official Use Only

US-00177

# EXHIBIT E

**EXHIBITS IN SUPPORT OF DECLARATION OF JOHN PAUL REICHMUTH IN SUPPORT OF MOTION TO SUPPRESS**

## CATEGORIES

Home (https://www.kyairsoft.com/) / Guns (https://www.kyairsoft.com/guns.html) /
WE Pistols (GBBP) (https://www.kyairsoft.com/guns/we-pistols-gbbp.html) /
WE G Series (Glock) (https://www.kyairsoft.com/guns/we-pistols-gbbp/we-g-series.html)
/ G26



Guns
(https://www.kyairsoft.com/guns.html)

Tokyo Marui (GBBP)
(https://www.kyairsoft.com/guns/tokyo-marui-gbbp.html)

KY WORKSHOP ( CNC Marking Product - WE / AW / KJW )
(https://www.kyairsoft.com/guns/ky-workshop.html)

ARMORER WORKS (GBBP)
(https://www.kyairsoft.com/guns/armorer-works-gbbp.html)

WE Pistols (GBBP)
(https://www.kyairsoft.com/guns/we-pistols-gbbp.html)

BB (Little/Big Bird) Series
(https://www.kyairsoft.com/we-pistols-gbbp/bb-little-big-bird-series.html)

WE 1911 Series (GEN1/GEN2/M45A1)
(https://www.kyairsoft.com/guns/we-pistols-gbbp/we-1911-series-gen1-gen2-m45a1.html)

WE 654K (MAKAROV)Series
(https://www.kyairsoft.com/guns/we-pistols-gbbp/we-654k-makarov-series.html)

WE BioHazard Series (Ver.I / Ver.II)
(https://www.kyairsoft.com/guns/we-pistols-gbbp/we-biohazard-series-ver-i-ver-ii.html)

WE Desert Eagle .50 Cal Series
(https://www.kyairsoft.com/guns/we-pistols-gbbp/we-desert-eagle-50-cal-series.html)

WE Double-Barrel
(https://www.kyairsoft.com/guns/we-pistols-gbbp/we-double-barrel.html)

WE D Series (PX4 / Bulldog)
(https://www.kyairsoft.com/guns/we-pistols-gbbp/we-d-series-px4-bulldog.html)

Send message

WE F Series (MK 25 / P 226) (https://www.kyairsoft.com/guns-pistols-gbbp/we-f-series-mk-25-p226.html)

WE G Series (Glock) (https://www.kyairsoft.com/guns-pistols-gbbp/we-g-series.html)

GP1799 (https://www.kyairsoft.com/guns-pistols-gbbp/we-g-series/gp1799.html)

M-22 (https://www.kyairsoft.com/guns-pistols-gbbp/we-g-series/m-22.html)

G17 (https://www.kyairsoft.com/guns-pistols-gbbp/we-g-series/g17.html)

G18C (https://www.kyairsoft.com/guns-pistols-gbbp/we-g-series/g18c.html)

G19 (https://www.kyairsoft.com/guns-pistols-gbbp/we-g-series/g19.html)

G23 (https://www.kyairsoft.com/guns-pistols-gbbp/we-g-series/g23.html)

G26 (https://www.kyairsoft.com/guns-pistols-gbbp/we-g-series/g26.html)

G27 (https://www.kyairsoft.com/guns-pistols-gbbp/we-g-series/g27.html)

G33 (https://www.kyairsoft.com/guns-pistols-gbbp/we-g-series/g33.html)

G34 (https://www.kyairsoft.com/guns-pistols-gbbp/we-g-series/g34.html)

G35 (https://www.kyairsoft.com/guns-pistols-gbbp/we-g-series/g35.html)

G Series GEN5 (https://www.kyairsoft.com/guns-pistols-gbbp/we-g-series/g-series-gen5.html)

G series MOS (https://www.kyairsoft.com/guns-pistols-gbbp/we-g-series/g-series-mos.html)





(https://www.kyairsoft.com/guns-pistols-gbbp/we-g-series/g26/we-g26-t4-sv-gd-tan.html)

(https://www.kyairsoft.com/guns-pistols-gbbp/we-g-series/g26/we-g26-gen3-gold-version.html)

(https://www.kyairsoft.com/guns-pistols-gbbp/we-g-series/g26/we-g26c-advance-tan.html)

**WE G26 T4 SV/GD/TAN (HTTPS://WWW.KYAIRSOFT.COM/GUNS-PISTOLS-GBBP/WE-G-SERIES/G26/WE-G26-T4-SV-GD-TAN.HTML)**
USD$96.49

**WE G26 GEN3 GOLD VERSION (HTTPS://WWW.KYAIRSOFT.COM/GUNS-PISTOLS-GBBP/WE-G-SERIES/G26/WE-G26-GEN3-GOLD-VERSION.HTML)**
USD$84.99

**WE G26C ADVANCE TAN (HTTPS://WWW.KYAIRSOFT.COM/GUNS-PISTOLS-GBBP/WE-G-SERIES/G26/WE-G26C-ADVANCE-TAN.HTML)**
USD$101.49





(https://www.kyairsoft.com/guns-pistols-gbbp/we-g-series/g26/we-g26c-advance-bk.html)

(https://www.kyairsoft.com/guns-pistols-gbbp/we-g-series/g26/we-g26-gen3-tan.html)

(https://www.kyairsoft.com/guns-pistols-gbbp/we-g-series/g26/we-g26-t8-sv-sv-tan.html)

**WE G26C ADVANCE BK (HTTPS://WWW.KYAIRSOFT.COM/GUNS-PISTOLS-GBBP/WE-G-SERIES/G26/WE-G26C-ADVANCE-BK.HTML)**
USD$101.49

**WE G26 GEN3 TAN (HTTPS://WWW.KYAIRSOFT.COM/GUNS-PISTOLS-GBBP/WE-G-SERIES/G26/WE-G26-GEN3-TAN.HTML)**
USD$80.99

**WE G26 T8 SV/SV/TAN (HTTPS://WWW.KYAIRSOFT.COM/GUNS-PISTOLS-GBBP/WE-G-SERIES/G26/WE-G26-T8-SV-SV-TAN.HTML)**
USD$94.49

Send message

G Series Bundle
(https://www.kyairsoft.com/guns/we-pistols-gbbp/we-g-series/g-series-bundle.html)

G series Galaxy
(https://www.kyairsoft.com/guns/we-pistols-gbbp/we-g-series/g-series-galaxy.html)

WE Hi-Capa Series
(https://www.kyairsoft.com/guns/we-pistols-gbbp/we-hi-capa-series.html)

WE M9 Series
(https://www.kyairsoft.com/guns/we-pistols-gbbp/we-m9-series.html)

WE P99 Series
(https://www.kyairsoft.com/guns/we-pistols-gbbp/we-p99-series.html)

WE TT33 Series
(https://www.kyairsoft.com/guns/we-pistols-gbbp/we-tt33-series.html)

WE X Series
(https://www.kyairsoft.com/guns/we-pistols-gbbp/we-x-series.html)

WE World War II Series (P08 / Hi-Power Browning / P38 / M712)
(https://www.kyairsoft.com/guns/we-pistols-gbbp/we-world-war-ii-series-p08-hi-power-browning-p38-m712.html)

WE CT25 Series (.25 ACP (COLT 1908))
(https://www.kyairsoft.com/guns/ct-series-mk925.html)

WE Rifles (GBBR)
(https://www.kyairsoft.com/guns/we-rifles-gbbr.html)

WE Rifles (AEG)
(https://www.kyairsoft.com/guns/we-rifles-aeg.html)

WE SMG (GBBR)
(https://www.kyairsoft.com/guns/we-smg-gbbr.html)

EMG (GBBP)
(https://www.kyairsoft.com/guns/emg.html)

KJ Works (GBBP & GBBR)
(https://www.kyairsoft.com/guns/kj-works-gbbp-gbbr.html)

ARMY (GBBP)
(https://www.kyairsoft.com/guns/army-gbbp.html)


(https://www.kyairsoft.com/guns/we-pistols-gbbp/we-g-series/g26/we-g26-t7-sv-sv-bk.html)

**WE G26 T7 SV/SV/BK (HTTPS://WWW.KYAIRSOFT.COM/GUNS/WE-PISTOLS-GBBP/WE-G-SERIES/G26/WE-G26-T7-SV-SV-BK.HTML)**
USD$94.49


(https://www.kyairsoft.com/guns/we-pistols-gbbp/we-g-series/g26/we-g26-t6-bk-gd-tan.html)

**WE G26 T6 BK/GD/TAN (HTTPS://WWW.KYAIRSOFT.COM/GUNS/WE-PISTOLS-GBBP/WE-G-SERIES/G26/WE-G26-T6-BK-GD-TAN.HTML)**
USD$88.49


(https://www.kyairsoft.com/guns/we-pistols-gbbp/we-g-series/g26/we-g26-t5-bk-sv-bk.html)

**WE G26 T5 BK/SV/BK (HTTPS://WWW.KYAIRSOFT.COM/GUNS/WE-PISTOLS-GBBP/WE-G-SERIES/G26/WE-G26-T5-BK-SV-BK.HTML)**
USD$86.49

(https://www.kyairsoft.com/guns/we-pistols-gbbp/we-g-series/g26/we-g26-gen3-bk.html)

**WE G26 GEN3 BK (HTTPS://WWW.KYAIRSOFT.COM/GUNS/WE-PISTOLS-GBBP/WE-G-SERIES/G26/WE-G26-GEN3-BK.HTML)**
USD$80.99


(https://www.kyairsoft.com/guns/we-pistols-gbbp/we-g-series/g26/we-g26-t3-sv-gd-bk.html)

**WE G26 T3 SV/GD/BK (HTTPS://WWW.KYAIRSOFT.COM/GUNS/WE-PISTOLS-GBBP/WE-G-SERIES/G26/WE-G26-T3-SV-GD-BK.HTML)**
USD$96.49


(https://www.kyairsoft.com/guns/we-pistols-gbbp/we-g-series/g26/we-g26-t2-bk-sv-tan.html)

**WE G26 T2 BK/SV/TAN (HTTPS://WWW.KYAIRSOFT.COM/GUNS/WE-PISTOLS-GBBP/WE-G-SERIES/G26/WE-G26-T2-BK-SV-TAN.HTML)**
USD$86.49

Send message

AEG Pistol
(https://www.kyairsoft.com/guns/aeg-pistol.html)

DOMINATOR™ (GBBR)
(https://www.kyairsoft.com/guns/dominatortm-gbbr.html)

Cybergun
(https://www.kyairsoft.com/guns/cybergun-gbbp.html)

UMAREX (GBBR/GBBP)
(https://www.kyairsoft.com/guns/umarex-gbbr.html)

Others
(https://www.kyairsoft.com/guns/others.html)

Special offer
(https://www.kyairsoft.com/guns/special-offer.html)

AIR VENTURI
(https://www.kyairsoft.com/guns/air-venturi.html)

Bolt Airsoft EBB rifle
(https://www.kyairsoft.com/guns/bolt-airsoft-ebb-rifle.html)

Featured brands - CronoArms
(https://www.kyairsoft.com/guns/featured-brands-cronoarms.html)

Parts
(https://www.kyairsoft.com/parts.html)

Magazine & BBs & Tools & Gas/Co2
(https://www.kyairsoft.com/magazine-bbs.html)

WE - Magazine Valve
(https://www.kyairsoft.com/we-magazine-output-valve-inlet-valve.html)

Accessories
(https://www.kyairsoft.com/accessories.html)

New Products
(https://www.kyairsoft.com/new-products.html)

Bundle set
(https://www.kyairsoft.com/bundle-set.html)

Send message

Hottest product
(https://www.kyairsoft.com/hottest-
product.html)

KYCustom CNC WE G-Series GBBP Full Marking
(https://www.kyairsoft.com/ky-custom-marking-
product.html)

CERAKOTE SERVICE
(https://www.kyairsoft.com/cerakote-
service.html)

GEAR
(https://www.kyairsoft.com/gear.html)

---

## PRICE

USD$0.00 - USD$99.99
(https://www.kyairsoft.com/guns/we-
pistols-gbbp/we-g-series/g26.html?
price=-100)
(15)

USD$100.00 and above
(https://www.kyairsoft.com/guns/we-
pistols-gbbp/we-g-series/g26.html?
price=100-)
(2)

---

## NEWSLETTER

Register your email for news and
special offers

---

## RECENTLY VIEWED PRODUCTS



(https://www.kyairsoft.com/we-
g26-gen3-bk.html)

**WE G26 GEN3 BK
(HTTPS://WWW.KYAIRSOFT.COM/WE-
G26-GEN3-
BK.HTML)**

Send message