GEOFFREY HANSEN
Acting Federal Public Defender
Northern District of California
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
13th Floor Federal Building - Suite 1350N
1301 Clay Street
Oakland, CA 94612
Telephone:   (510) 637-3500
Facsimile:    (510) 637-3507
Email:        John_Reichmuth@fd.org

Counsel for Defendant Williams

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NATHAN NALOE WILLIAMS,<br><br>Defendant. | **Case No.:** CR 21–462 HSG<br><br>**DECLARATION OF JOHN PAUL REICHMUTH IN SUPPORT OF MOTION TO COMPEL DISCOVERY**<br><br>**Court:**         Courtroom 2, 4th  Floor<br>**Hearing Date:**  April 20, 2022<br>**Hearing Time:**  10:00 a.m. |

I, John Paul  Reichmuth, declare the following:

1.  I am an attorney licensed to practice law in the state of California, and I am employed as an Assistant Federal Public Defender in Oakland, California for the Office of the Federal Public Defender for the Northern District of California. I have been appointed to represent Nathan Naloe Williams in the above-captioned case.

2.  I have attached as Exhibit A a true and correct copy of Richmond Police Department Report Case No. 2020-00009128 that I received from the government in discovery as Bates numbers US-00010—34.

3. I have attached as Exhibit B a true and correct copy of a video recording that I received from the government in discovery as Bates numbers US-86. At 3:54 of the recording, the profile picture of the social media account of the RPD appears in the top left corner, and appears to depict a black woman. US-86 at 3:54. In addition, the same video shows seven other users the RPD was following through this account and all of those profile pictures appear to depict black individuals. *See id*. (@richcityswagg100, @narfsidemelly, @bundelofbec, @nohosayjose, @buggahhh, @dmac3400, @_fastlanekev);

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on March 2, 2022, in Oakland, California.

/s
JOHN PAUL  REICHMUTH

# EXHIBIT A

**EXHIBITS IN SUPPORT OF
DECLARATION OF JOHN PAUL
REICHMUTH IN SUPPORT OF MOTION
TO COMPEL DISCOVERY**



**Richmond Police Department**
1701 REGATTA BLVD | RICHMOND, CA 94804 | P: 510.233.1214

## Case # 2020-00009128 – Crime/Incident Report Cover Sheet

| REPORT DATE / TIME | DISTRICT / ZONE | EVENT START DATE / TIME - EVENT END DATE / TIME |
|---|---|---|
| Oct 5, 2020 21:39 | CENTRAL / 6 | Oct 3, 2020 20:07 - Oct 5, 2020 21:30 |

### OFFENSE-1

| OFFENSE CODE | | | |
|---|---|---|---|
| DISREGARD SAFETY:EVADE POLICE \| 2800.2 (A) | | | |

| OFFENSE LOCATION | OFFENSE START DATE | OFFENSE END DATE |
|---|---|---|
| 4TH ST & NEVIN AVE, RICHMOND, CA 94801 | Oct 3, 2020 20:07 | Oct 7, 2020 22:34 |

### OFFENSE-2

| OFFENSE CODE | WEAPON / FORCE INVOLVED |
|---|---|
| FELON/ADDICT/POSSESS/ETC FIREARM \| 29800(a)(1) | Other Firearm |

| OFFENSE LOCATION | OFFENSE START DATE | OFFENSE END DATE |
|---|---|---|
| 4TH ST & NEVIN AVE, RICHMOND, CA 94801 | Oct 3, 2020 20:07 | Oct 7, 2020 22:34 |

### OFFENSE-3

| OFFENSE CODE | WEAPON / FORCE INVOLVED |
|---|---|
| CARRY CONCEALED WEAPON IN VEHICLE \| 25400(a)(1) | Other Firearm |

| OFFENSE LOCATION | OFFENSE START DATE | OFFENSE END DATE |
|---|---|---|
| 4TH ST & NEVIN AVE, RICHMOND, CA 94801 | Oct 3, 2020 20:07 | Oct 7, 2020 22:34 |

### INVOLVED PERSONS

| INVOLVEMENT | NAME | HOME ADDRESS | DOB / ESTIMATED AGE RANGE | RACE | SEX |
|---|---|---|---|---|---|
| S-1 | NATHAN NAILOE WILLIAMS | ██ ██ ████ ██ ██ | ████ | Black | Male |

### INVOLVED ORGANIZATIONS

| INVOLVEMENT | NAME | ADDRESS |
|---|---|---|
| V-1 | STATE OF CA | |
| R-1 | Richmond Police Department | |

### INVOLVED PROPERTY

| STATUS | ITEM CATEGORY | DESCRIPTION |
|---|---|---|
| Evidence/Seized | Pistol, Semi-automatic | BLACK GLOCK 26 SEMI-AUTOMATIC .9MM PISTOL, TEN ROUND GLOCK MAGAZINE, UNFIRED BULLETS |

### INVOLVED VEHICLES

| STATUS | ITEM CATEGORY | MAKE / MODEL / PRIMARY COLOR |
|---|---|---|
| None | Passenger Car/ Automobile | Mercedes-Benz / unknown / Black |

### NARRATIVE

**Instagram Posts (nastynatemm):**

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| Orlando Guzman #1652   Oct 8, 2020 19:27 (e-signature) | Pablo Cooper #1430   Oct 8, 2020 19:54 (e-signature) |
| PRINT NAME | PRINT NAME |
| Orlando Guzman #1652 | Pablo Cooper #1430 |

**Richmond Police Department**   1701 REGATTA BLVD | RICHMOND, CA 94804 | P: 510.233.1214    Pg 1 of 5
*NOTE: Summarized report. More data regarding this report may exist in the RMS.*
*Mark43 RMS Form v2.0 generated by J. Terrell #1712 on Feb 9, 2021 14:56.*

US-00010

On 09/28/2020, at 1757 hours, Detective Caine was monitoring social media and reviewed Nathan Williams' Instagram social media account "nastynatemm". Williams posted a live feed of himself inside a vehicle with a firearm. Detective Caine showed me the video and I reviewed the video in its entirety.

I recognized the subject in the Instagram live video as Nathan Williams. Williams was inside a vehicle that had black interior and moon roof. The camera was oriented towards Williams and it captured his lap and upper body. Williams was wearing a Cincinnati Reds baseball flat bill hat and a chain that spelled "NASTY". On his lap, Williams appeared to have a firearm. The frame, magazine, and portions of the left side of the firearm were visible in the video. I could see the base plate of a black Glock magazine oriented towards the camera. The base plate of the magazine had the Glock logo. The magazine appeared to be inserted into the magazine well of the firearm and it protruded approximately one inch from the magazine well indicating it could be an extended magazine.

Based on my training and experience as a firearms instructor, I believe the firearm in the live feed Instagram video to be a genuine pistol. It did not display an orange tip indicating it might be a replica firearm. The frame, trigger guard, grip, and the Glock magazine led me to believe that Williams was in possession of a Glock pistol.

## Traffic Stop on Vehicle

On October 3, 2020, I was in the area of 4th Street and Macdonald Avenue conducting a security check due to an increase in gun violence and a homicide that occurred on 09/18/2020 (Refer to 20-8505). Officer Shanks and I were working a violence suppression operation to disrupt gun violence within the City of Richmond. I was driving marked black and white patrol vehicle number 1152. The vehicle was equipped with emergency lights (to include the solid forward facing red light) and siren. We wore the department issued uniform.

At approximately 2007 hours, I was driving eastbound on Nevin Avenue approaching 4th Street when my attention was drawn to a black Mercedes Benz S 550. The vehicle was stopped in the intersection of 4th Street and Nevin Avenue oriented north. The vehicle did not have a front license plate and the vehicle's windows were tinted.

The vehicle matched the description of Nathan Williams' vehicle. Williams commonly frequented the area of 4th Street and Macdonald Avenue. In addition, I was present when Officer Woody conducted a traffic enforcement stop on Williams at 1st Street and Macdonald Avenue. I have seen Williams in the same vehicle which was a black newer model Mercedes Benz S 550 (CA Temporary Plate AU03Y79). Refer to Officer Woody's report number 20-9133 for additional information.

The vehicle drove westbound on Nevin Avenue and I conducted a U-Turn to conduct a traffic enforcement stop for CVC 26708(a)(1) – tinted windows and CVC 5200(a) – two license plates required.

I caught up to the vehicle as it drove southbound on 1st Street from Nevin Avenue and I activated my emergency lights, to include the solid forward facing red light.

The vehicle's rear temporary license plate appeared to be the same license plate on Williams' vehicle (CA ███████). As the license plate moved with the wind, I noticed that there was a California License Plate under the temporary paper license plate of the vehicle. The license plate under the temporary license plate appeared to start with "7Z".

I activated my siren when the vehicle turned westbound on Macdonald Avenue from 1st street. The vehicle failed to stop at the regulatory stop sign at the intersection. The vehicle sped westbound on Macdonald Avenue past Curry Street at approximately 40 MPH. The intersection is a stop sign controlled intersection and the posted speed limit was 25 MPH. It failed to stop at the regulatory stop sign at the intersection and continued increasing its speed.

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| Orlando Guzman #1652   Oct 8, 2020 19:27 (e-signature) | Pablo Cooper #1430   Oct 8, 2020 19:54 (e-signature) |
| PRINT NAME | PRINT NAME |
| Orlando Guzman #1652 | Pablo Cooper #1430 |

**Richmond Police Department**   1701 REGATTA BLVD | RICHMOND, CA 94804 | P: 510.233.1214    Pg 2 of 5
NOTE: Summarized report. More data regarding this report may exist in the RMS.
Mark43 RMS Form v2.0 generated by J. Terrell #1712 on Feb 9, 2021 14:56.

US-00011

The vehicle turned southbound on Richmond Parkway from Macdonald Avenue. The vehicle drove through the solid red traffic light for westbound traffic on Macdonald Avenue in violation of CVC 21453(a). The vehicle increased its speed to approximately 70 MPH as it drove southbound on Richmond Parkway. The posted speed limit is 50 MPH. The vehicle never attempted to stop or slow down to my audible siren or emergency lights.

The vehicle proceeded southbound through the intersection of Ohio Avenue on Richmond Parkway increasing its speed. The vehicle turned eastbound at the I-580 East on ramp from Richmond Parkway. The vehicle failed to stop at the solid red traffic light for eastbound traffic at the intersection.

The vehicle drove in the number four lane of I-580 East increasing its speed. The vehicle continued increasing its speed on I-580 East from Marina Bay Parkway. The vehicle was driving well over 120 miles per hour and I canceled the pursuit because of the unsafe speeds. I lost sight of the vehicle on I-580 East at Marina Bay Parkway as it continued speeding away from my patrol vehicle.

**Instagram Posts (nastynatemm) after pursuit:**

On October 3, 2020, at approximately 2129 hours, Detective Shirashi was monitoring social media and reviewed Nathan Williams Instagram social media account "nastynatemm". Detective Shirashi showed me the video and I reviewed the video in its entirety.

I recognized the subject in the Instagram live video as Nate Williams. Williams had the camera oriented towards him as he sat in a room. Williams was wearing a green camouflage hooded sweater that had teeth on the left and right sleeve, a black Cincinnati Reds flat billed hat, and the same necklace that had the word "NASTY" spelled out. While Williams was on Instagram, an individual joined his Instagram live feed and engaged in a conversation. The individuals Instagram social media account was "magnummanmellie"

The individual said he heard the "rolla", a word commonly used to describe a police officer, make a U-Turn. The individual was telling him that they (the police) was "on that man". Williams said "Im blowed though man. I aint got no whip now bro." Williams was asked if he left it somewhere, but Williams said that it was parked "safely". Williams told subject "And I threw the umm. Ya talking about". Leading me to believe he was referring to a firearm.

Williams said "that shit was crazy" and went on to say "not tonight bucko". The subject talked about how he left the city after the incident happened. Williams said "Nigga I hit it so hard. It was over with once I got on the parkway." The parkway is an abbreviation people use for Richmond Parkway located in the City of Richmond. This was one of the routes the black Mercedes drove through during the pursuit.

The individual oriented the camera towards an individual leaning in the vehicle's window. I immediately recognized him from prior contacts as Jonjohn Foster Junior. Foster frequents 4th Street and Nevin Avenue. Foster said "I aint gonna lie he ran them boys" referring to the getting away from the police. Foster said "He uh!" then raised his left hand and gestured as if he was pulling a trigger. Foster said he was telling others "He ran them!". Indicating to someone else that Williams fled from the police. Williams said "I couldn't stop boy I wasn't going out like that boy".

Williams continued talking then said "I just threw the G man out. I gotta get to the freeway about two or three in the morning". Williams was referring to having discarded a firearm on the freeway and having to going to pick the firearm at two or three in the morning. I believe "G man" refers to a Glock pistol. Williams continued saying "They thought I was going out. You hear me. I aint going out." Williams disconnected from Instagram live.

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| Orlando Guzman #1652   Oct 8, 2020 19:27 (e-signature) | Pablo Cooper #1430   Oct 8, 2020 19:54 (e-signature) |
| PRINT NAME | PRINT NAME |
| Orlando Guzman #1652 | Pablo Cooper #1430 |

**Richmond Police Department**   1701 REGATTA BLVD | RICHMOND, CA 94804 | P: 510.233.1214                    Pg 3 of 5
NOTE: Summarized report. More data regarding this report may exist in the RMS.
Mark43 RMS Form v2.0 generated by J. Terrell #1712 on Feb 9, 2021 14:56.

US-00012

Based on the above information I believed that Williams was driving the vehicle and fled because he was in possession of a firearm. Officer Shanks and I conducted an article search of the shoulder at I-580 East from Richmond Parkway to the Harbour Way South off ramp. We were looking for a discarded firearm but we were met with negative results.

## Criminal History

On October 6, 2020, I reviewed Nathan Williams Criminal History Transcript and discovered he was a convicted felon and was not allowed to be in possession of firearms. Williams had arrests for PC 266(h) – Pimping, PC 266(i) – Pandering, and PC 653.23(a)(1) – supervise/etc prostitution out of Oakland and San Francisco. Williams also had several felony convictions on his Criminal History transcript:

- HS 11360(a) – Felony conviction for the sell and distribution of Marijuana. Docket number T6104951590507000801

- PC 32 – Felony conviction for accessory

- PC 29800(a)(1) – Felon in possession of a firearm, PC 25850(a) – Carrying a loaded firearm in public, and PC 30305(a)(1) – Prohibited from owning/possessing ammunition. Williams was convicted on felonies for all of the charges. Docket number 05-180265-1-001.

Based on the above information I believed Williams was possessing a firearm illegally.

## Ramey Arrest Warrant for Nathan Williams

On October 7, 2020, at 1729 hours, I authored a Ramey Arrest Warrant for the arrest of Nathan Williams. Honorable Judge L. Davis granted the Ramey Warrant for his arrest.

At approximately 2200 hours, Detective Thomas was at La Quinta, 8465 Enterprise Way in Oakland, California, when he observed the black Mercedes Benz S 550 drive into the parking lot. Detective Thomas saw Williams (solo occupant) exit the driver's seat of the vehicle and walked towards the entrance to La Quinta lobby area. Detective Anderson and Detective Shirashi placed Williams under arrest for the Ramey Warrant. I confirmed that the Mercedes temporary license plate matched vehicle that fled. I noticed there was a California License Plate in plain view under the rear temporary license plate (CA - ████████). The license plate started with the same two digits as the vehicle that fled from me.

A search incident to arrest revealed that Williams had the keys to the Mercedes Benz S 550 in his possession. Williams had key cards for La Quinta in his wallet. Refer to Detective Shirashi's report for additional information.

Officer Alvarado determined, through room registry, Williams was residing in Room 221 at the La Quinta Hotel, 8465 Enterprise Way, Oakland, CA.

At 2231 hours, I authored a search warrant for 8465 Enterprise Way, room 221, in Oakland, California, and for the black Mercedes Benz S 550 vehicle (CA Temporary Plate ████████). Honorable Judge L. Davis granted the search warrant for room 221 and the vehicle.

Detective Shirashi and Anderson searched the vehicle but they did not locate any illegal contraband. In the back seat of the vehicle, I observed the green camouflage sweater that had teeth on each sleeve. The sweater matched what Williams was wearing on October 3, 2020 when he was on Instagram Live.

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| Orlando Guzman #1652   Oct 8, 2020 19:27 (e-signature) | Pablo Cooper #1430   Oct 8, 2020 19:54 (e-signature) |
| PRINT NAME | PRINT NAME |
| Orlando Guzman #1652 | Pablo Cooper #1430 |

**Richmond Police Department**   1701 REGATTA BLVD | RICHMOND, CA 94804 | P: 510.233.1214                                             Pg 4 of 5
NOTE: Summarized report. More data regarding this report may exist in the RMS.
Mark43 RMS Form v2.0 generated by J. Terrell #1712 on Feb 9, 2021 14:56.

US-00013

Detective Ramos, Detective Thomas, Officer Alvarado, and I searched 8465 Enterprise Way, room 221, in Oakland, California. My attention was drawn to the closet located inside the bedroom. In plain view, I saw a black Glock pistol on the top shelve of the closet. The pistol was under a hair weave and next to multiple baseball hats. I saw that the firearm was a black Glock 26, 9x19, that had a ten round magazine inserted into the magazine well. The magazine, which had a Glock logo on the base plate of the magazine, protruded approximately one inch from the magazine well. The firearm matched the description of the pistol Williams posted on Instagram Live on September 28, 2020.

The firearm had scratch marks on the left and right side of the muzzle. There were scratches on the left side of the slide and frame. This is consistent with the damage that occurs to a firearm when it is thrown onto a hard surface such as asphalt or concrete. Detective Ramos removed the magazine from the firearm and rendered it safe. Detective Ramos said it was located with an unfired bullet in the firing chamber. I collected the firearm as evidence.

A receipt for Bloomingdale's was located inside a shoe box inside the room. The receipt had "Nathan Williams" typed in the receipt.

Officer Alvarado located a service receipt from Mercedes Benz of Oakland inside the room. I saw the receipt and it was addressed to Nathan Williams. The date of the receipt was October 6, 2020. The vehicle identification number (VIN) on the receipt was ▮▮▮▮▮▮▮▮▮▮ which matched the VIN number for California Temporary Plate ▮▮▮▮▮▮.

### Williams Miranda Interview

On October 7, 2020, at approximately 1130 hours, Detective Shirashi and I interviewed Williams. Detective Shirashi red Williams his rights from her department issued Miranda card. Detective Shirashi asked Williams if he understood his rights and he said "Yes". I Interviewed Williams and obtained the following statement in summary.

Williams has been staying on an off at the La Quinta Motel. Williams said just recently he's been at the motel for the last three days. Williams said he is homeless but the hotel is the current place he resides. No one lived with Williams and said that he occasionally had girls visiting.

William said that the car he was driving belonged to his uncle. Williams only had the car for a few days. Williams became uncooperative when and did not want to answer any question. When asked about the gun Williams would say something to the effect of "I have the right to remain silent right."

I reviewed the Automated Firearms System return for the Glock 26 (SN - YHY895). I confirmed the firearm was reported stolen by the Vallejo Police Department on June 27, 2017 (VPD Case Number 17-8203).

I uploaded the recordings of the Instagram Live videos and the pictures of the scene to the Department photo/video database.

I booked the pistol, magazine, and the ammunition to RPD property vault locker number 5. CST Darling obtained a DNA sample from Williams. Refer to CST Darling's report for additional information.

Williams was booked into the Jail at the Richmond Police Department without incident.

End of report

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| Orlando Guzman #1652   Oct 8, 2020 19:27 (e-signature) | Pablo Cooper #1430   Oct 8, 2020 19:54 (e-signature) |
| PRINT NAME | PRINT NAME |
| Orlando Guzman #1652 | Pablo Cooper #1430 |

**Richmond Police Department**   1701 REGATTA BLVD | RICHMOND, CA 94804 | P: 510.233.1214     Pg 5 of 5
NOTE: Summarized report. More data regarding this report may exist in the RMS.
Mark43 RMS Form v2.0 generated by J. Terrell #1712 on Feb 9, 2021 14:56.

US-00014

## Case # 2020-00009128 - Crime/Incident Report

| REPORT DATE / TIME | DISTRICT / ZONE | | EVENT START DATE / TIME - EVENT END DATE / TIME |
|---|---|---|---|
| Oct 5, 2020 21:39 | CENTRAL / 6 | | Oct 3, 2020 20:07 - Oct 5, 2020 21:30 |

| PRIMARY REPORTER | WEATHER |
|---|---|
| Orlando Guzman #1652 | Dark |

ASSISTING PERSONNEL / TYPE(S)

Alexander Caine #1548 (Cover), Alyssa Alvarado #1749 (Cover), Ann Shiraishi-Cang #1658 (Cover), Kelsey Shanks #1754 (Cover), Terry Thomas #1684 (Cover)

REPORT TAKEN LOCATION

1ST ST & MACDONALD AVE, RICHMOND, CA 94801

EMS / FIRE / OTHER LE AGENCIES ON SCENE

☐ YES ☒ NO

STAT REPORTING

| | |
|---|---|
| ☐ ELDER ABUSE | ☐ PROBATION VIOLATION |
| ☐ SERIALIZED PROPERTY | ☐ 293 - ACCEPTED |
| ☐ RELEASED PER 849 PC | ☐ PURSUIT |
| ☒ AVR USED | ☒ BOOKED |
| ☐ PAROLEE RELATED | ☐ USE OF FORCE |
| ☐ SART EXAM | ☐ AVR REVIEWED |
| ☐ 293 - OFFERED | ☐ LEOKA |
| ☐ HATE CRIME | ☐ JUVENILE RELATED |
| ☐ DOMESTIC VIOLENCE | ☒ ARREST |
| ☐ SHOOTING | ☐ CITATION ISSUED |
| ☐ SEXUAL ASSAULT | ☐ MARSY'S LAW |
| ☒ WEAPON USED | ☐ SCHOOL RELATED |
| ☐ GANG RELATED | ☐ LAP |
| ☐ PROBATION RELATED | ☐ PAROLE VIOLATION |
| ☐ EPO ISSUED | ☐ CPTED REVIEWED |

## NARRATIVE

### Instagram Posts (nastynatemm):

On 09/28/2020, at 1757 hours, Detective Caine was monitoring social media and reviewed Nathan Williams' Instagram social media account "nastynatemm". Williams posted a live feed of himself inside a vehicle with a firearm. Detective Caine showed me the video and I reviewed the video in its entirety.

I recognized the subject in the Instagram live video as Nathan Williams. Williams was inside a vehicle that had black interior and moon roof. The camera was oriented towards Williams and it captured his lap and upper body. Williams was wearing a Cincinnati Reds baseball flat bill hat and a chain that spelled "NASTY". On his lap, Williams appeared to have a firearm. The frame, magazine, and portions of the left side of the firearm were visible in the video. I could see the base plate of a black Glock magazine oriented towards the camera. The base plate of the magazine had the Glock logo. The magazine appeared to be inserted into the magazine well of the firearm and it protruded approximately one inch from the magazine well indicating it could be an extended magazine.

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| Orlando Guzman #1652   Oct 8, 2020 19:27 (e-signature) | Pablo Cooper #1430   Oct 8, 2020 19:54 (e-signature) |
| PRINT NAME | PRINT NAME |
| Orlando Guzman #1652 | Pablo Cooper #1430 |

US-00015

Based on my training and experience as a firearms instructor, I believe the firearm in the live feed Instagram video to be a genuine pistol. It did not display an orange tip indicating it might be a replica firearm. The frame, trigger guard, grip, and the Glock magazine led me to believe that Williams was in possession of a Glock pistol.

**Traffic Stop on Vehicle**

On October 3, 2020, I was in the area of 4th Street and Macdonald Avenue conducting a security check due to an increase in gun violence and a homicide that occurred on 09/18/2020 (Refer to 20-8505). Officer Shanks and I were working a violence suppression operation to disrupt gun violence within the City of Richmond. I was driving marked black and white patrol vehicle number 1152. The vehicle was equipped with emergency lights (to include the solid forward facing red light) and siren. We wore the department issued uniform.

At approximately 2007 hours, I was driving eastbound on Nevin Avenue approaching 4th Street when my attention was drawn to a black Mercedes Benz S 550. The vehicle was stopped in the intersection of 4th Street and Nevin Avenue oriented north. The vehicle did not have a front license plate and the vehicle's windows were tinted.

The vehicle matched the description of Nathan Williams' vehicle. Williams commonly frequented the area of 4th Street and Macdonald Avenue. In addition, I was present when Officer Woody conducted a traffic enforcement stop on Williams at 1st Street and Macdonald Avenue. I have seen Williams in the same vehicle which was a black newer model Mercedes Benz S 550 (CA Temporary Plate ███████). Refer to Officer Woody's report number 20-9133 for additional information.

The vehicle drove westbound on Nevin Avenue and I conducted a U-Turn to conduct a traffic enforcement stop for CVC 26708(a)(1) – tinted windows and CVC 5200(a) – two license plates required.

I caught up to the vehicle as it drove southbound on 1st Street from Nevin Avenue and I activated my emergency lights, to include the solid forward facing red light.

The vehicle's rear temporary license plate appeared to be the same license plate on Williams' vehicle (CA █████████). As the license plate moved with the wind, I noticed that there was a California License Plate under the temporary paper license plate of the vehicle. The license plate under the temporary license plate appeared to start with "7Z".

I activated my siren when the vehicle turned westbound on Macdonald Avenue from 1st street. The vehicle failed to stop at the regulatory stop sign at the intersection. The vehicle sped westbound on Macdonald Avenue past Curry Street at approximately 40 MPH. The intersection is a stop sign controlled intersection and the posted speed limit was 25 MPH. It failed to stop at the regulatory stop sign at the intersection and continued increasing its speed.

The vehicle turned southbound on Richmond Parkway from Macdonald Avenue. The vehicle drove through the solid red traffic light for westbound traffic on Macdonald Avenue in violation of CVC 21453(a). The vehicle increased its speed to approximately 70 MPH as it drove southbound on Richmond Parkway. The posted speed limit is 50 MPH. The vehicle never attempted to stop or slow down to my audible siren or emergency lights.

The vehicle proceeded southbound through the intersection of Ohio Avenue on Richmond Parkway increasing its speed. The vehicle turned eastbound at the I-580 East on ramp from Richmond Parkway. The vehicle failed to stop at the solid red traffic light for eastbound traffic at the intersection.

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| Orlando Guzman #1652   Oct 8, 2020 19:27 (e-signature) | Pablo Cooper #1430   Oct 8, 2020 19:54 (e-signature) |
| PRINT NAME | PRINT NAME |
| Orlando Guzman #1652 | Pablo Cooper #1430 |

**Richmond Police Department**    1701 REGATTA BLVD | RICHMOND, CA 94804 | P: 510.233.1214    Pg 2 of 9
Mark43 RMS Form v2.0 generated by J. Terrell #1712 on Feb 9, 2021 14:56.

US-00016

The vehicle drove in the number four lane of I-580 East increasing its speed. The vehicle continued increasing its speed on I-580 East from Marina Bay Parkway. The vehicle was driving well over 120 miles per hour and I canceled the pursuit because of the unsafe speeds. I lost sight of the vehicle on I-580 East at Marina Bay Parkway as it continued speeding away from my patrol vehicle.

## Instagram Posts (nastynatemm) after pursuit:

On October 3, 2020, at approximately 2129 hours, Detective Shirashi was monitoring social media and reviewed Nathan Williams Instagram social media account "nastynatemm". Detective Shirashi showed me the video and I reviewed the video in its entirety.

I recognized the subject in the Instagram live video as Nate Williams. Williams had the camera oriented towards him as he sat in a room. Williams was wearing a green camouflage hooded sweater that had teeth on the left and right sleeve, a black Cincinnati Reds flat billed hat, and the same necklace that had the word "NASTY" spelled out. While Williams was on Instagram, an individual joined his Instagram live feed and engaged in a conversation. The individuals Instagram social media account was "magnummanmellie"

The individual said he heard the "rolla", a word commonly used to describe a police officer, make a U-Turn. The individual was telling him that they (the police) was "on that man". Williams said "Im blowed though man. I aint got no whip now bro." Williams was asked if he left it somewhere, but Williams said that it was parked "safely". Williams told subject "And I threw the umm. Ya talking about". Leading me to believe he was referring to a firearm.

Williams said "that shit was crazy" and went on to say "not tonight bucko". The subject talked about how he left the city after the incident happened. Williams said "Nigga I hit it so hard. It was over with once I got on the parkway." The parkway is an abbreviation people use for Richmond Parkway located in the City of Richmond. This was one of the routes the black Mercedes drove through during the pursuit.

The individual oriented the camera towards an individual leaning in the vehicle's window. I immediately recognized him from prior contacts as Jonjohn Foster Junior. Foster frequents 4th Street and Nevin Avenue. Foster said "I aint gonna lie he ran them boys" referring to the getting away from the police. Foster said "He uh!" then raised his left hand and gestured as if he was pulling a trigger. Foster said he was telling others "He ran them!". Indicating to someone else that Williams fled from the police. Williams said "I couldn't stop boy I wasn't going out like that boy".

Williams continued talking then said "I just threw the G man out. I gotta get to the freeway about two or three in the morning". Williams was referring to having discarded a firearm on the freeway and having to going to pick the firearm at two or three in the morning. I believe "G man" refers to a Glock pistol. Williams continued saying "They thought I was going out. You hear me. I aint going out." Williams disconnected from Instagram live.

Based on the above information I believed that Williams was driving the vehicle and fled because he was in possession of a firearm. Officer Shanks and I conducted an article search of the shoulder at I-580 East from Richmond Parkway to the Harbour Way South off ramp. We were looking for a discarded firearm but we were met with negative results.

## Criminal History

On October 6, 2020, I reviewed Nathan Williams Criminal History Transcript and discovered he was a convicted felon and was not allowed to be in possession of firearms. Williams had arrests for PC 266(h) – Pimping, PC 266(i) – Pandering, and PC 653.23(a)(1) – supervise/etc prostitution out of Oakland and San Francisco. Williams also had several felony convictions on his Criminal History transcript:

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| Orlando Guzman #1652   Oct 8, 2020 19:27 (e-signature) | Pablo Cooper #1430   Oct 8, 2020 19:54 (e-signature) |
| PRINT NAME | PRINT NAME |
| Orlando Guzman #1652 | Pablo Cooper #1430 |

US-00017

- HS 11360(a) – Felony conviction for the sell and distribution of Marijuana. Docket number T6104951590507000801

- PC 32 – Felony conviction for accessory

- PC 29800(a)(1) – Felon in possession of a firearm, PC 25850(a) – Carrying a loaded firearm in public, and PC 30305(a)(1) – Prohibited from owning/possessing ammunition. Williams was convicted on felonies for all of the charges. Docket number 05-180265-1-001.

Based on the above information I believed Williams was possessing a firearm illegally.

### Ramey Arrest Warrant for Nathan Williams

On October 7, 2020, at 1729 hours, I authored a Ramey Arrest Warrant for the arrest of Nathan Williams. Honorable Judge L. Davis granted the Ramey Warrant for his arrest.

At approximately 2200 hours, Detective Thomas was at La Quinta, 8465 Enterprise Way in Oakland, California, when he observed the black Mercedes Benz S 550 drive into the parking lot. Detective Thomas saw Williams (solo occupant) exit the driver's seat of the vehicle and walked towards the entrance to La Quinta lobby area. Detective Anderson and Detective Shirashi placed Williams under arrest for the Ramey Warrant. I confirmed that the Mercedes temporary license plate matched vehicle that fled. I noticed there was a California License Plate in plain view under the rear temporary license plate (CA – ███████). The license plate started with the same two digits as the vehicle that fled from me.

A search incident to arrest revealed that Williams had the keys to the Mercedes Benz S 550 in his possession. Williams had key cards for La Quinta in his wallet. Refer to Detective Shirashi's report for additional information.

Officer Alvarado determined, through room registry, Williams was residing in Room 221 at the La Quinta Hotel, 8465 Enterprise Way, Oakland, CA.

At 2231 hours, I authored a search warrant for 8465 Enterprise Way, room 221, in Oakland, California, and for the black Mercedes Benz S 550 vehicle (CA Temporary Plate ███████). Honorable Judge L. Davis granted the search warrant for room 221 and the vehicle.

Detective Shirashi and Anderson searched the vehicle but they did not locate any illegal contraband. In the back seat of the vehicle, I observed the green camouflage sweater that had teeth on each sleeve. The sweater matched what Williams was wearing on October 3, 2020 when he was on Instagram Live.

Detective Ramos, Detective Thomas, Officer Alvarado, and I searched 8465 Enterprise Way, room 221, in Oakland, California. My attention was drawn to the closet located inside the bedroom. In plain view, I saw a black Glock pistol on the top shelve of the closet. The pistol was under a hair weave and next to multiple baseball hats. I saw that the firearm was a black Glock 26, 9x19, that had a ten round magazine inserted into the magazine well. The magazine, which had a Glock logo on the base plate of the magazine, protruded approximately one inch from the magazine well. The firearm matched the description of the pistol Williams posted on Instagram Live on September 28, 2020.

The firearm had scratch marks on the left and right side of the muzzle. There were scratches on the left side of the slide and frame. This is consistent with the damage that occurs to a firearm when it is thrown onto a hard surface such as asphalt or concrete. Detective Ramos removed the magazine from the firearm and rendered it safe. Detective Ramos said it was located with an unfired bullet in the firing chamber. I collected the firearm as evidence.

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| Orlando Guzman #1652   Oct 8, 2020 19:27 (e-signature) | Pablo Cooper #1430   Oct 8, 2020 19:54 (e-signature) |
| PRINT NAME | PRINT NAME |
| Orlando Guzman #1652 | Pablo Cooper #1430 |

**Richmond Police Department**   1701 REGATTA BLVD | RICHMOND, CA 94804 | P: 510.233.1214     Pg 4 of 9
Mark43 RMS Form v2.0 generated by J. Terrell #1712 on Feb 9, 2021 14:56.

US-00018

A receipt for Bloomingdale's was located inside a shoe box inside the room. The receipt had "Nathan Williams" typed in the receipt.

Officer Alvarado located a service receipt from Mercedes Benz of Oakland inside the room. I saw the receipt and it was addressed to Nathan Williams. The date of the receipt was October 6, 2020. The vehicle identification number (VIN) on the receipt was ███████████████ which matched the VIN number for California Temporary Plate ████████.

## Williams Miranda Interview

On October 7, 2020, at approximately 1130 hours, Detective Shirashi and I interviewed Williams. Detective Shirashi red Williams his rights from her department issued Miranda card. Detective Shirashi asked Williams if he understood his rights and he said "Yes". I Interviewed Williams and obtained the following statement in summary.

Williams has been staying on an off at the La Quinta Motel. Williams said just recently he's been at the motel for the last three days. Williams said he is homeless but the hotel is the current place he resides. No one lived with Williams and said that he occasionally had girls visiting.

William said that the car he was driving belonged to his uncle. Williams only had the car for a few days. Williams became uncooperative when and did not want to answer any question. When asked about the gun Williams would say something to the effect of "I have the right to remain silent right."

I reviewed the Automated Firearms System return for the Glock 26 (SN - YHY895). I confirmed the firearm was reported stolen by the Vallejo Police Department on June 27, 2017 (VPD Case Number 17-8203).

I uploaded the recordings of the Instagram Live videos and the pictures of the scene to the Department photo/video database.

I booked the pistol, magazine, and the ammunition to RPD property vault locker number 5. CST Darling obtained a DNA sample from Williams. Refer to CST Darling's report for additional information.

Williams was booked into the Jail at the Richmond Police Department without incident.

End of report

---

| REPORTING PARTY-1 | |
| --- | --- |
| REPORTING PARTY-1 (ORGANIZATION) | |
| R-1 Richmond Police Department | |
| **OFFENSE-1** | |
| OFFENSE CODE | |
| DISREGARD SAFETY:EVADE POLICE \| 2800.2 (A) | |
| OFFENSE START DATE | OFFENSE END DATE |
| Oct 3, 2020 20:07 | Oct 7, 2020 22:34 |
| OFFENSE STATISTICS | |

---

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
| --- | --- |
| Orlando Guzman #1652   Oct 8, 2020 19:27 (e-signature) | Pablo Cooper #1430   Oct 8, 2020 19:54 (e-signature) |
| PRINT NAME | PRINT NAME |
| Orlando Guzman #1652 | Pablo Cooper #1430 |

US-00019

☷ Gun Involved     ☐ Multiple Suspects
☐ Weapon     ☐ Juvenile Arrest
☐ Probationer     ☐ Gang Related
☐ Parolee     ☐ Elder Abuse
☐ Confidentiality Requested     ☐ Child Abuse
☐ Released with Citation     ☐ Sexual Assault

### OFFENSE LOCATION

| CITY | STATE | ZIP | COUNTRY CODE |
|---|---|---|---|
| RICHMOND | CA | 94801 | US |

| INTERSECTION STREET 1 | INTERSECTION STREET 2 |
|---|---|
| 4TH ST | NEVIN AVE |

| LOCATION CATEGORY | DISTRICT / ZONE |
|---|---|
| Highway/ Road/ Alley/ Street/ Sidewalk | CENTRAL / 6 |

### VICTIMS-1

VICTIMS-1 NAME

V-1 STATE OF CA

ORGANIZATION TYPE

Government

### SUSPECTS-1

| SUSPECTS-1 NAME (LAST, FIRST MIDDLE) | DOB / ESTIMATED AGE RANGE |
|---|---|
| S-1 WILLIAMS, NATHAN NAILOE | ▮▮▮▮▮ |

| SEX | RACE / ETHNICITY |
|---|---|
| Male | Black / Not Hispanic Or Latino |

HOME ADDRESS

▮▮ ▮▮ ▮▮▮▮▮ ▮▮ ▮▮▮

## OFFENSE-2

OFFENSE CODE

FELON/ADDICT/POSSESS/ETC FIREARM | 29800(a)(1)

| OFFENSE START DATE | OFFENSE END DATE | OFFENSE COMPLETION | SUSPECTED HATE CRIME |
|---|---|---|---|
| Oct 3, 2020 20:07 | Oct 7, 2020 22:34 | ☷ COMPLETED  ☐ ATTEMPTED | ☐ YES ☷ NO |

| WEAPON / FORCE INVOLVED | CRIMINAL ACTIVITIES / ANIMAL CRUELTY |
|---|---|
| Other Firearm | Possession/ Conceal |

OFFENSE STATISTICS

☷ Gun Involved     ☐ Multiple Suspects
☐ Weapon     ☐ Juvenile Arrest
☐ Probationer     ☐ Gang Related
☐ Parolee     ☐ Elder Abuse
☐ Confidentiality Requested     ☐ Child Abuse
☐ Released with Citation     ☐ Sexual Assault

### OFFENSE LOCATION

| CITY | STATE | ZIP | COUNTRY CODE |
|---|---|---|---|
| RICHMOND | CA | 94801 | US |

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| Orlando Guzman #1652   Oct 8, 2020 19:27 (e-signature) | Pablo Cooper #1430   Oct 8, 2020 19:54 (e-signature) |
| PRINT NAME | PRINT NAME |
| Orlando Guzman #1652 | Pablo Cooper #1430 |

US-00020

| INTERSECTION STREET 1 | INTERSECTION STREET 2 |
|---|---|
| 4TH ST | NEVIN AVE |

| LOCATION CATEGORY | DISTRICT / ZONE |
|---|---|
| Highway/ Road/ Alley/ Street/ Sidewalk | CENTRAL / 6 |

### VICTIMS-1

VICTIMS-1 NAME

V-1 STATE OF CA

ORGANIZATION TYPE

Government

### SUSPECTS-1

| SUSPECTS-1 NAME (LAST, FIRST MIDDLE) | DOB / ESTIMATED AGE RANGE |
|---|---|
| S-1 WILLIAMS, NATHAN NAILOE | ▬▬▬▬ |

| SEX | RACE / ETHNICITY |
|---|---|
| Male | Black / Not Hispanic Or Latino |

HOME ADDRESS

▬▬ ▬▬ ▬▬▬▬ ▬ ▬

## OFFENSE-3

OFFENSE CODE

CARRY CONCEALED WEAPON IN VEHICLE | 25400(a)(1)

| OFFENSE START DATE | OFFENSE END DATE | OFFENSE COMPLETION | SUSPECTED HATE CRIME |
|---|---|---|---|
| Oct 3, 2020 20:07 | Oct 7, 2020 22:34 | ▓ COMPLETED<br>☐ ATTEMPTED | ☐ YES ▓ NO |

| WEAPON / FORCE INVOLVED | CRIMINAL ACTIVITIES / ANIMAL CRUELTY |
|---|---|
| Other Firearm | Possession/ Conceal |

OFFENSE STATISTICS

- ▓ Gun Involved
- ▓ Weapon
- ☐ Probationer
- ☐ Parolee
- ☐ Confidentiality Requested
- ☐ Released with Citation
- ☐ Multiple Suspects
- ☐ Juvenile Arrest
- ☐ Gang Related
- ☐ Elder Abuse
- ☐ Child Abuse
- ☐ Sexual Assault

### OFFENSE LOCATION

| CITY | STATE | ZIP | COUNTRY CODE |
|---|---|---|---|
| RICHMOND | CA | 94801 | US |

| INTERSECTION STREET 1 | INTERSECTION STREET 2 |
|---|---|
| 4TH ST | NEVIN AVE |

| LOCATION CATEGORY | DISTRICT / ZONE |
|---|---|
| Highway/ Road/ Alley/ Street/ Sidewalk | CENTRAL / 6 |

### VICTIMS-1

VICTIMS-1 NAME

V-1 STATE OF CA

ORGANIZATION TYPE

Government

### SUSPECTS-1

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| Orlando Guzman #1652   Oct 8, 2020 19:27 (e-signature) | Pablo Cooper #1430   Oct 8, 2020 19:54 (e-signature) |
| PRINT NAME | PRINT NAME |
| Orlando Guzman #1652 | Pablo Cooper #1430 |

US-00021

| SUSPECTS-1 NAME (LAST, FIRST MIDDLE) | | DOB / ESTIMATED AGE RANGE |
|---|---|---|
| S-1 WILLIAMS, NATHAN NAILOE | | ▮▮▮▮▮ |

| SEX | RACE / ETHNICITY |
|---|---|
| Male | Black / Not Hispanic Or Latino |

HOME ADDRESS

▮▮▮ ▮▮ ▮▮▮▮▮▮ ▮▮ ▮▮

*VEHICLE INVOLVED: MERCEDES-BENZ UNKNOWN 2017*

| ITEM CATEGORY | MAKE | MODEL | YEAR OF MANUFACTURE |
|---|---|---|---|
| Passenger Car/ Automobile | Mercedes-Benz | unknown | 2017 |

DESCRIPTION

TINTED WINDOWS AND CALIFORNIA TEMPORARY LICENSE PLATES

| LICENSE PLATE / REGISTRATION # | VIN # |
|---|---|
| ▮▮▮▮▮ | ▮▮▮▮▮▮▮ |

| BODY STYLE | PRIMARY COLOR | REGISTRATION STATE | REGISTRATION YEAR |
|---|---|---|---|
| Hardtop, 4 Door | Black | California | 2020 |

DRIVER

NATHAN NAILOE WILLIAMS

| STATUS | STATUS DATE | TOTAL ($) VALUE | QUANTITY |
|---|---|---|---|
| None | Oct 8, 2020 00:00 | UNKNOWN | 1 |
| None | Oct 8, 2020 00:00 | UNKNOWN | 1 |
| None | Oct 8, 2020 00:00 | UNKNOWN | 1 |

## VEHICLE / PROPERTY & ITEMS SUMMARY

| DESCRIPTION / MAKE / MODEL / COLOR | STATUS / DATE / REASON FOR CUSTODY | VIN # / SERIAL # | QTY. | TOTAL ($) VALUE |
|---|---|---|---|---|
| BLACK GLOCK 26 SEMI-AUTOMATIC .9MM PISTOL, TEN ROUND GLOCK MAGAZINE, UNFIRED BULLETS / Glock, Inc. / 26 | Evidence/Seized / Oct 7, 2020 / Evidence | YHY895 | 1 | UNKNOWN |
| TINTED WINDOWS AND CALIFORNIA TEMPORARY LICENSE PLATES / Mercedes-Benz / unknown / Black | None / Oct 8, 2020 | ▮▮▮▮▮▮ | 1 | UNKNOWN |

## PROPERTY & ITEMS ADDENDUM

*2020-00009128-2 FIREARM - BLACK GLOCK 26 SEMI-AUTOMATIC .9MM PISTOL, TEN ROUND GLOCK MAGAZINE, UNFIRED BULLETS*

| FIREARM TYPE | DESCRIPTION |
|---|---|
| Pistol, Semi-automatic | BLACK GLOCK 26 SEMI-AUTOMATIC .9MM PISTOL, TEN ROUND GLOCK MAGAZINE, UNFIRED BULLETS |

| FIREARM MAKE | SERIAL # |
|---|---|
| Glock, Inc. | YHY895 |

| FINISH | GRIP |
|---|---|
| Black | Black Polymer |

| CALIBER / GAUGE | BARREL LENGTH |
|---|---|
| | |

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| Orlando Guzman #1652   Oct 8, 2020 19:27 (e-signature) | Pablo Cooper #1430   Oct 8, 2020 19:54 (e-signature) |
| PRINT NAME | PRINT NAME |
| Orlando Guzman #1652 | Pablo Cooper #1430 |

US-00022

| 9 MM | 3.5 |
|------|-----|

BIOHAZARD

☐ YES  ▨ NO

SUSPECTED ASSOCIATION

NATHAN NAILOE WILLIAMS

| STATUS | STATUS DATE | TOTAL ($) VALUE | QUANTITY |
|--------|-------------|-----------------|----------|
| Evidence/Seized | Oct 7, 2020 01:32 | UNKNOWN | 1 |

REASON FOR POLICE CUSTODY

Evidence

RECOVERING OFFICER / ID # / PERSON

Orlando Guzman #1652

DROP-OFF LOCATION / INTAKE PERSON

Main Warehouse > 05

RECOVERED LOCATION

8465 ENTERPRISE WAY, 221, OAKLAND, CA 94621

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| Orlando Guzman #1652   Oct 8, 2020 19:27 (e-signature) | Pablo Cooper #1430   Oct 8, 2020 19:54 (e-signature) |
| PRINT NAME | PRINT NAME |
| Orlando Guzman #1652 | Pablo Cooper #1430 |

US-00023

## Case # 2020-00009128 - Arrest/Booking Report

| REPORT DATE / TIME | DISTRICT / ZONE | | EVENT START DATE / TIME - EVENT END DATE / TIME |
|---|---|---|---|
| Oct 7, 2020 23:26 | CENTRAL / 6 | | Oct 3, 2020 20:07 - Oct 5, 2020 21:30 |

| PRIMARY REPORTER | WEATHER |
|---|---|
| Orlando Guzman #1652 | Dark |

ASSISTING PERSONNEL / TYPE(S)

Brian Hoffman #1592 (Transport Suspect)

REPORT TAKEN LOCATION

1ST ST & MACDONALD AVE, RICHMOND, CA 94801

EMS / FIRE / OTHER LE AGENCIES ON SCENE

☐ YES ▨ NO

STAT REPORTING

| | |
|---|---|
| ☐ ELDER ABUSE | ☐ PROBATION VIOLATION |
| ☐ SERIALIZED PROPERTY | ☐ 293 - ACCEPTED |
| ☐ RELEASED PER 849 PC | ☐ PURSUIT |
| ▨ AVR USED | ▨ BOOKED |
| ☐ PAROLEE RELATED | ☐ USE OF FORCE |
| ☐ SART EXAM | ☐ AVR REVIEWED |
| ☐ 293 - OFFERED | ☐ LEOKA |
| ☐ HATE CRIME | ☐ JUVENILE RELATED |
| ☐ DOMESTIC VIOLENCE | ▨ ARREST |
| ☐ SHOOTING | ☐ CITATION ISSUED |
| ☐ SEXUAL ASSAULT | ☐ MARSY'S LAW |
| ▨ WEAPON USED | ☐ SCHOOL RELATED |
| ☐ GANG RELATED | ☐ LAP |
| ☐ PROBATION RELATED | ☐ PAROLE VIOLATION |
| ☐ EPO ISSUED | ☐ CPTED REVIEWED |

## NARRATIVE

SUSPECT BOOKED AT RPD AND TRANSFERRED TO MDF

REPORTING PARTY-1

REPORTING PARTY-1 (ORGANIZATION)

R-1 Richmond Police Department

REPORTING PARTY-2

REPORTING PARTY-2 (ORGANIZATION)

R-2 STATE OF CA

ORGANIZATION TYPE

Government

## ARREST/BOOKING #20-1757 (WARRANT)

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| Kay Maher #1671   Oct 7, 2020 23:45 (e-signature) | Pablo Cooper #1430   Oct 8, 2020 19:55 (e-signature) |
| PRINT NAME | PRINT NAME |
| Kay Maher #1671 | Pablo Cooper #1430 |

US-00024

| ARREST DATE / TIME | ARRESTING ORGANIZATION | | ARREST TYPE |
|---|---|---|---|
| Oct 7, 2020 23:00 | RICHMOND POLICE DEPARTMENT - RPD | | Warrant |

ARRESTING OFFICER

Kay Maher #1671

### ARRESTEE

| | ARRESTEE NAME (LAST, FIRST MIDDLE) | | SEX |
|---|---|---|---|
| | D-1 WILLIAMS, NATHAN NAILOE | | Male |
| | DOB / ESTIMATED AGE RANGE | RACE / ETHNICITY | |
| | ▉▉▉▉ | Black / Not Hispanic Or Latino | |
| | PHONE NUMBER | EMAIL ADDRESS | |
| | | | |
| | HOME ADDRESS | | |
| | ▉▉▉▉▉▉▉ ▉▉ | | |

| SSN # | STATE ID NUMBER | FBI ID # |
|---|---|---|
| ▉▉▉▉ | ▉▉▉▉ | ▉▉▉▉ |

ARRESTEE WAS ARMED WITH

Unarmed

### ARREST LOCATION

LOCATION NAME / STREET ADDRESS/LOCATION NAME / APT, UNIT, STE / DESCRIPTION

8465 ENTERPRISE WAY

| CITY | STATE | ZIP | COUNTRY CODE |
|---|---|---|---|
| OAKLAND | CA | 94621 | US |

| LOCATION CATEGORY | DISTRICT / ZONE |
|---|---|
| Hotel/ Motel/ Etc. | Outside City Limit (OCL) |

### CHARGES

| CHARGES – 1 | CASE # |
|---|---|
| DISREGARD SAFETY:EVADE POLICE \| 2800.2 (A) | 2020-00009128 |

| OFFENSE CODE | OFFENSE START DATE | OFFENSE END DATE |
|---|---|---|
| DISREGARD SAFETY:EVADE POLICE \| 2800.2 (A) | Oct 3, 2020 20:07 | Oct 7, 2020 22:34 |

ARREST DISPOSITION DATE / TIME

Oct 7, 2020 23:00

ARREST DISPOSITION

- ☐ Turned Over
- ☐ Handled Within Department
- ☒ Felony
- ☐ Juvenile Court
- ☐ Misdemeanor
- ☐ Released

| CHARGES – 2 | LEGACY CASE # OR IF WARRANT ENTER WARRANT # |
|---|---|
| CARRY LOADED HANDGUN:NOT REGISTERED OWNER \| 25850(c)(6) | 20-9128 |

| LEGACY OFFENSE | LEGACY OFFENSE SOURCE |
|---|---|
| PC 25850 (C)(6) | Legacy Report Offense |

ARREST DISPOSITION DATE / TIME

Oct 7, 2020 23:00

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| Kay Maher #1671   Oct 7, 2020 23:45 (e-signature) | Pablo Cooper #1430   Oct 8, 2020 19:55 (e-signature) |
| PRINT NAME | PRINT NAME |
| Kay Maher #1671 | Pablo Cooper #1430 |

**Richmond Police Department**   1701 REGATTA BLVD | RICHMOND, CA 94804 | P: 510.233.1214 Pg 2 of 3
Mark43 RMS Form v2.0 generated by J. Terrell #1712 on Feb 9, 2021 14:56.

US-00025

ARREST DISPOSITION

- ☐ Turned Over
- ☐ Handled Within Department
- ▨ Felony
- ☐ Juvenile Court
- ☐ Misdemeanor
- ☐ Released

| CHARGES - 3 | LEGACY CASE # OR IF WARRANT ENTER WARRANT # |
|---|---|
| FELON/ADDICT/POSSESS/ETC FIREARM \| 29800(a)(1) | 20-9128 |

| LEGACY OFFENSE | LEGACY OFFENSE SOURCE |
|---|---|
| PC 29800 (A)(1) | Legacy Report Offense |

ARREST DISPOSITION DATE / TIME

Oct 7, 2020 23:00

ARREST DISPOSITION

- ☐ Turned Over
- ☐ Handled Within Department
- ▨ Felony
- ☐ Juvenile Court
- ☐ Misdemeanor
- ☐ Released

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| Kay Maher #1671   Oct 7, 2020 23:45 (e-signature) | Pablo Cooper #1430   Oct 8, 2020 19:55 (e-signature) |
| PRINT NAME | PRINT NAME |
| Kay Maher #1671 | Pablo Cooper #1430 |

US-00026

## Case # 2020-00009128 - Supplement - 1 Report

| REPORT DATE / TIME | EVENT START DATE / TIME - EVENT END DATE / TIME | PRIMARY REPORTER |
|---|---|---|
| Oct 7, 2020 23:33 | Oct 7, 2020 23:18 - 23:40 | Hannah Darling #1773 |

SUPPLEMENT TYPE

CSI Supplement

### NARRATIVE

On October 7, 2020, at approximately 2315 hours, I was dispatched to Richmond Police Department (RPD) Jail. I arrived at approximately 2318 hours and met with Officer B. Hoffman who asked me to collect a reference buccal swab from Suspect Williams, Nathan (████ ████

I collected the buccal swab after Detective A. Caine received consent from Suspect Williams, Nathan (████ ████).

I checked with Officer B. Hoffman to determine if further assistance was needed. My assistance was no longer needed. I cleared the location at approximately 2320 hours.

Physical Property:

(1) Buccal Swab Suspect Williams, Nathan ████ ████)

### VEHICLE / PROPERTY & ITEMS SUMMARY

| DESCRIPTION / MAKE / MODEL / COLOR | STATUS / DATE / REASON FOR CUSTODY | VIN # / SERIAL # | QTY. | TOTAL ($) VALUE |
|---|---|---|---|---|
| (1) Buccal Swab Suspect Williams, Nathan (DOB 1/1/84) / Unknown | Evidence/Seized / Oct 7, 2020 / Evidence | | 1 | UNKNOWN |

### PROPERTY & ITEMS ADDENDUM

*2020-00009128-1 OTHER ITEM - (1) BUCCAL SWAB SUSPECT WILLIAMS, NATHAN (DOB 1/1/84)*

| ITEM CATEGORY | BIOHAZARD |
|---|---|
| DNA Oral Reference | ▨ YES ☐ NO |

DESCRIPTION

(1) Buccal Swab Suspect Williams, Nathan (████ ████)

COLOR

Unknown

OWNER

NATHAN NAILOE WILLIAMS

| STATUS | STATUS DATE | TOTAL ($) VALUE | QUANTITY |
|---|---|---|---|
| Evidence/Seized | Oct 7, 2020 23:18 | UNKNOWN | 1 |

REASON FOR POLICE CUSTODY

Evidence

RECOVERING OFFICER / ID # / PERSON

Hannah Darling #1773

DROP-OFF LOCATION / INTAKE PERSON

Main Warehouse > Temporary Refrigerator - 63

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| Hannah Darling #1773   Oct 7, 2020 23:36 (e-signature) | Yesenia Martinez #1357   Oct 8, 2020 00:06 (e-signature) |
| PRINT NAME | PRINT NAME |
| Hannah Darling #1773 | Yesenia Martinez #1357 |

**Richmond Police Department**   1701 REGATTA BLVD | RICHMOND, CA 94804 | P: 510.233.1214    Pg 1 of 2

Mark43 RMS Form v2.0 generated by J. Terrell #1712 on Feb 9, 2021 14:56.

US-00027

RECOVERED LOCATION

**RICHMOND POLICE DEPARTMENT, 1701 REGATTA BLVD, RICHMOND, CA 94804**

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| Hannah Darling #1773   Oct 7, 2020 23:36 (e-signature) | Yesenia Martinez #1357   Oct 8, 2020 00:06 (e-signature) |
| PRINT NAME | PRINT NAME |
| Hannah Darling #1773 | Yesenia Martinez #1357 |

US-00028

## Case # 2020-00009128 - Custodial Property Summary Report

### VEHICLE / PROPERTY & ITEMS SUMMARY

| DESCRIPTION / MAKE / MODEL / COLOR | STATUS / DATE / REASON FOR CUSTODY | VIN # / SERIAL # | QTY. | TOTAL ($) VALUE |
|---|---|---|---|---|
| (1) Buccal Swab Suspect Williams, Nathan (DOB 1/1/84) / Unknown | Evidence/Seized / Oct 7, 2020 / Evidence | | 1 | UNKNOWN |
| BLACK GLOCK 26 SEMI-AUTOMATIC .9MM PISTOL, TEN ROUND GLOCK MAGAZINE, UNFIRED BULLETS / Glock, Inc. / 26 | Evidence/Seized / Oct 7, 2020 / Evidence | YHY895 | 1 | UNKNOWN |

### PROPERTY & ITEMS ADDENDUM

*2020-00009128-1 OTHER ITEM - (1) BUCCAL SWAB SUSPECT WILLIAMS, NATHAN (DOB 1/1/84)*

| ITEM CATEGORY | | BIOHAZARD | |
|---|---|---|---|
| DNA Oral Reference | | ▨ YES ☐ NO | |

DESCRIPTION

(1) Buccal Swab Suspect Williams, Nathan (DOB ▮▮▮▮)

COLOR

Unknown

OWNER

NATHAN NAILOE WILLIAMS

| STATUS | STATUS DATE | TOTAL ($) VALUE | QUANTITY |
|---|---|---|---|
| Evidence/Seized | Oct 7, 2020 23:18 | UNKNOWN | 1 |

REASON FOR POLICE CUSTODY

Evidence

RECOVERING OFFICER / ID # / PERSON

Hannah Darling #1773

DROP-OFF LOCATION / INTAKE PERSON

Main Warehouse > Temporary Refrigerator - 63

RECOVERED LOCATION

RICHMOND POLICE DEPARTMENT, 1701 REGATTA BLVD, RICHMOND, CA 94804

*2020-00009128-2 FIREARM - BLACK GLOCK 26 SEMI-AUTOMATIC .9MM PISTOL, TEN ROUND GLOCK MAGAZINE, UNFIRED BULLETS*

| FIREARM TYPE | DESCRIPTION |
|---|---|
| Pistol, Semi-automatic | BLACK GLOCK 26 SEMI-AUTOMATIC .9MM PISTOL, TEN ROUND GLOCK MAGAZINE, UNFIRED BULLETS |

| FIREARM MAKE | SERIAL # |
|---|---|
| Glock, Inc. | YHY895 |

| FINISH | GRIP |
|---|---|
| Black | Black Polymer |

| CALIBER / GAUGE | BARREL LENGTH |
|---|---|
| 9 MM | 3.5 |

BIOHAZARD

☐ YES ▨ NO

US-00029

SUSPECTED ASSOCIATION

## NATHAN NAILOE WILLIAMS

| STATUS | STATUS DATE | TOTAL ($) VALUE | QUANTITY |
|---|---|---|---|
| Evidence/Seized | Oct 7, 2020 01:32 | UNKNOWN | 1 |

REASON FOR POLICE CUSTODY

Evidence

RECOVERING OFFICER / ID # / PERSON

Orlando Guzman #1652

DROP-OFF LOCATION / INTAKE PERSON

Main Warehouse > 05

RECOVERED LOCATION

8465 ENTERPRISE WAY, 221, OAKLAND, CA 94621

US-00030

## Case # 2020-00009128 - Property Supplement - 1 Report

| REPORT DATE / TIME | DISTRICT / ZONE | EVENT START DATE / TIME - EVENT END DATE / TIME |
|---|---|---|
| Oct 8, 2020 01:30 | Outside City Limit (OCL) | Oct 7, 2020 01:32 - 01:32 |

| PRIMARY REPORTER | WEATHER |
|---|---|
| Orlando Guzman #1652 | Dark |

ASSISTING PERSONNEL / TYPE(S)

Brian Hoffman #1592 (Transport Suspect)

REPORT TAKEN LOCATION

8465 ENTERPRISE WAY, OAKLAND, CA 94621

EMS / FIRE / OTHER LE AGENCIES ON SCENE

☐ YES  ▨ NO

STAT REPORTING

| | |
|---|---|
| ☐ ELDER ABUSE | ☐ PROBATION VIOLATION |
| ☐ SERIALIZED PROPERTY | ☐ 293 - ACCEPTED |
| ☐ RELEASED PER 849 PC | ☐ PURSUIT |
| ▨ AVR USED | ▨ BOOKED |
| ☐ PAROLEE RELATED | ☐ USE OF FORCE |
| ☐ SART EXAM | ☐ AVR REVIEWED |
| ☐ 293 - OFFERED | ☐ LEOKA |
| ☐ HATE CRIME | ☐ JUVENILE RELATED |
| ☐ DOMESTIC VIOLENCE | ▨ ARREST |
| ☐ SHOOTING | ☐ CITATION ISSUED |
| ☐ SEXUAL ASSAULT | ☐ MARSY'S LAW |
| ▨ WEAPON USED | ☐ SCHOOL RELATED |
| ☐ GANG RELATED | ☐ LAP |
| ☐ PROBATION RELATED | ☐ PAROLE VIOLATION |
| ☐ EPO ISSUED | ☐ CPTED REVIEWED |

### REPORTING PARTY-1

REPORTING PARTY-1 (ORGANIZATION)

R-1 Richmond Police Department

### REPORTING PARTY-2

REPORTING PARTY-2 (ORGANIZATION)

R-2 STATE OF CA

ORGANIZATION TYPE

Government

## VEHICLE / PROPERTY & ITEMS SUMMARY

| DESCRIPTION / MAKE / MODEL / COLOR | STATUS / DATE / REASON FOR CUSTODY | VIN # / SERIAL # | QTY. | TOTAL ($) VALUE |
|---|---|---|---|---|
| BLACK GLOCK 26 9X19, TEN ROUND GLOCK MAGAZINE, UNFIRED BULLETS / Glock, Inc. / 26 | Evidence/Seized / Oct 7, 2020 / Evidence | YHY895 | 1 | UNKNOWN |

## PROPERTY & ITEMS ADDENDUM

2020-00009128-2 FIREARM - BLACK GLOCK 26 9X19, TEN ROUND GLOCK MAGAZINE, UNFIRED BULLETS

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| Orlando Guzman #1652   Oct 8, 2020 01:36 (e-signature) | Pablo Cooper #1430   Oct 8, 2020 19:55 (e-signature) |
| PRINT NAME | PRINT NAME |
| Orlando Guzman #1652 | Pablo Cooper #1430 |

US-00031

| FIREARM TYPE | DESCRIPTION |
|---|---|
| Pistol, Semi-automatic | BLACK GLOCK 26 9X19, TEN ROUND GLOCK MAGAZINE, UNFIRED BULLETS |

| FIREARM MAKE | SERIAL # |
|---|---|
| Glock, Inc. | YHY895 |

| FINISH | GRIP |
|---|---|
| Black | Black Polymer |

| CALIBER / GAUGE | BARREL LENGTH | |
|---|---|---|
| 9 MM | 3 | |

BIOHAZARD

☐ YES ▉ NO

SUSPECTED ASSOCIATION

NATHAN NAILOE WILLIAMS

| STATUS | STATUS DATE | TOTAL ($) VALUE | QUANTITY |
|---|---|---|---|
| Evidence/Seized | Oct 7, 2020 01:32 | UNKNOWN | 1 |

REASON FOR POLICE CUSTODY

Evidence

RECOVERING OFFICER / ID # / PERSON

Orlando Guzman #1652

DROP-OFF LOCATION / INTAKE PERSON

Main Warehouse > 05

RECOVERED LOCATION

8465 ENTERPRISE WAY, 221, OAKLAND, CA 94621

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| Orlando Guzman #1652   Oct 8, 2020 01:36 (e-signature) | Pablo Cooper #1430   Oct 8, 2020 19:55 (e-signature) |
| PRINT NAME | PRINT NAME |
| Orlando Guzman #1652 | Pablo Cooper #1430 |

**Richmond Police Department**   1701 REGATTA BLVD | RICHMOND, CA 94804 | P: 510.233.1214

Mark43 RMS Form v2.0 generated by J. Terrell #1712 on Feb 9, 2021 14:56.

Pg 2 of 2

US-00032

## Case # 2020-00009128 - Supplement - 2 Report

| REPORT DATE / TIME | EVENT START DATE / TIME - EVENT END DATE / TIME | PRIMARY REPORTER |
|---|---|---|
| Oct 8, 2020 15:11 | Oct 7, 2020 01:32 - 01:32 | Ann Shiraishi-Cang #1658 |

SUPPLEMENT TYPE
Investigative Follow-up

### NARRATIVE

**Arrest of (S)-Nathan Williams**

On 10/07/2020 at approximately 2200 hours, (S)-Williams was arrested for his outstanding ramey warrant.

As SIS personnel secured (S)-Williams' hotel room (#221), Sgt. Lonso, Ofc. Hoffman and I stood outside the front of the hotel with (S)-Williams. As we waited, it was explained to (S)-Williams that he had been arrested for being in possession of a firearm and evading the police. It was further explained to (S)-Williams that Ofc. Guzman was in the process of obtaining a search warrant for his hotel room and vehicle.

It should be noted, (S)-Williams' room, #221, is located on the east side of the hotel and overlooked the front parking lot of the hotel. (S)-Williams' hotel room was in clear view from where we were standing.

After (S)-Williams observed SIS personnel conduct a protective sweep of his hotel room, (S)-Williams spontaneously and unprovoked said, "Well, you got me now ... You got the gun, what are we waiting for?" "I have it [the gun] for protection". (S)-Williams further explained that he had been shot in the past and needed the firearm for protection. (S)-Williams said he was not a violent person but repeatedly emphasized the need for protection.

### INVOLVED PERSONS

| INVOLVED PERSON-1 NAME {LAST, FIRST MIDDLE} | DOB / ESTIMATED AGE RANGE |
|---|---|
| P-1 WILLIAMS, NATHAN NAILOE | ████████ |

| SEX | RACE / ETHNICITY |
|---|---|
| Male | Black / Not Hispanic Or Latino |

HOME ADDRESS
████ ████ ██ ████████ ██ ████

INVOLVEMENT TYPE
Arrested

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| Ann Shiraishi-Cang #1658  Oct 8, 2020 15:32 (e-signature) | Pablo Cooper #1430  Oct 8, 2020 19:55 (e-signature) |
| PRINT NAME | PRINT NAME |
| Ann Shiraishi-Cang #1658 | Pablo Cooper #1430 |

US-00033

## Case # 2020-00009128 – Supplement – 3 Report

| REPORT DATE / TIME | EVENT START DATE / TIME – EVENT END DATE / TIME | PRIMARY REPORTER |
|---|---|---|
| Oct 8, 2020 18:01 | Oct 7, 2020 01:32 – 01:32 | Ann Shiraishi-Cang #1658 |

SUPPLEMENT TYPE

Assisting narrative, Investigative Follow-up

## NARRATIVE

On 10/7/20 I was assigned to assist Ofc. Guzman on the location and arrest of S-WILLIAMS.

At approximately 2028 hours, I entered the location of 8465 Enterprise Way, -La Quinta Inn. I confirmed, via the La Quinta room registry, that WILLIAMS was checked in for the night to room 221.

Upon being taken into custody, WILLIAMS was found to be in possession of 2 key cards to the hotel. I took possession of the keys and went to the second floor to assist with the search warrant.

It should be noted, the card keys on WILLIAMS person would not open the door for room 221. Upon entering the key card into the slot, the door did not indicate, with a green or red light, that the lock was functioning. La Quinta provided officers with another key card issued to the room. The new key did not open the door, nor register an error light when entering the key. Maintenance arrived and identified the problem to be a battery change needed to the locking mechanism. Once the batteries were changed, the door unlocked on the first attempt at entering the key card.

While executing the search warrant to the room, I located a piece of paper on the dresser, at the foot of the bed. The paper was a Mercedes Service receipt and addressed to WILLIAMS. I notified Ofc. Guzman of my findings.

## INVOLVED PERSONS

| INVOLVED PERSON-1 NAME {LAST, FIRST MIDDLE} | DOB / ESTIMATED AGE RANGE |
|---|---|
| P-1 WILLIAMS, NATHAN NAILOE | ██████████ |

| SEX | RACE / ETHNICITY |
|---|---|
| Male | Black / Not Hispanic Or Latino |

HOME ADDRESS

██ ███ ██ ████████ ███

INVOLVEMENT TYPE

Suspect

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| Alyssa Alvarado #1749   Oct 8, 2020 18:23 (e-signature) | Pablo Cooper #1430   Oct 8, 2020 19:55 (e-signature) |
| PRINT NAME | PRINT NAME |
| Alyssa Alvarado #1749 | Pablo Cooper #1430 |

US-00034

# EXHIBIT B

**EXHIBITS IN SUPPORT OF DECLARATION OF JOHN PAUL REICHMUTH IN SUPPORT OF MOTION TO COMPEL DISCOVERY**

1  GEOFFREY A. HANSEN
   Acting Federal Public Defender
2  Northern District of California
   JOHN PAUL REICHMUTH
3  Assistant Federal Public Defender
   13th Floor Federal Building - Suite 1350N
4  1301 Clay Street
   Oakland, CA 94612
5  Telephone:   (510) 637-3500
   Facsimile:   (510) 637-3507
6  Email:       John_Reichmuth@fd.org

7

8  Counsel for NATHAN WILLIAMS

9

10              IN THE UNITED STATES DISTRICT COURT

11          FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                    OAKLAND DIVISION

13  UNITED STATES OF AMERICA,          **Case No.:** CR 21–462 HSG

14          Plaintiff,                 **EXHIBIT B TO DEFENDANT'S
                                       MOTIONS TO COMPEL DISCOVERY:**
15      v.                             **CD/DVD CONTAINING AUDIO VIDEO
                                       MATERIALS**
16  NATHAN WILLIAMS,

17          Defendant.

18

19

20              **MANUAL FILING NOTIFICATION**

21  Regarding Exhibit B to Defendant's Motion to Compel Discovery:

22      This filing is in paper or physical form only, and is being maintained in the case file in

23  the Clerk's office.

24      If you are a participant on this case, this filing will be served in hard-copy shortly.

25      For information on retrieving this filing directly from the court, please see the court's

26  main website at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

27

28

EXHIBIT C TO MOTION TO SUPPRESS: NOTICE OF MANUAL FILING
*WILLIAMS*, CR 21–462 HSG

1     This filing was not efiled for the following reasons:

2

3    _____ Voluminous Document (PDF file size larger than efiling system allowances)

4    _____ Unable to Scan Documents

5    _X_ Physical Object (description): _____One (1) CDs/DVDs_____

6    _____ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

7    _____ Item Under Seal

8    _____ Conformance with the Judicial Conference Privacy Policy (General Order 53).

9    _____ Other (description):

10

11

12   Dated:    March 2, 2022           Respectfully submitted,

13

14                                 GEOFFREY A. HANSEN
Acting Federal Public Defender
Northern District of California

15

16                                      /S/

17                                 JOHN PAUL REICHMUTH
Assistant Federal Public Defender

18

19

20

21

22

23

24

25

26

27

28