1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney
2
3  THOMAS A. COLTHURST (CABN 99493)
   Chief, Criminal Division
4  MOLLY K. PRIEDEMAN (CABN 302096)
   Assistant United States Attorney
5
6  1301 Clay Street
   Oakland, California 94612
7  Telephone: (510) 637-3680
   FAX: (510) 637-3724
   molly.priedeman@usdoj.gov
8
   Attorneys for United States of America
9

10                     UNITED STATES DISTRICT COURT
11                    NORTHERN DISTRICT OF CALIFORNIA
12                            OAKLAND DIVISION

13 UNITED STATES OF AMERICA,           )  CASE NO. CR-21-462 HSG
14                                     )
         Plaintiff,                    )
15                                     )  DECLARATION OF RICHMOND POLICE
      v.                               )  DEPARTMENT DETECTIVE ORLANDO
16                                     )  GUZMAN IN SUPPORT OF UNITED STATES'
   NATHAN NALOE WILLIAMS,              )  OPPOSITION TO DEFENDANT'S MOTION TO
17                                     )  SUPPRESS AND COMPEL DISCOVERY
         Defendant.                    )
18                                     )
                                       )
19                                     )
                                       )
20 _____ )

21     I, Orlando Guzman, declare and state as follows:
22     1.  I am a Detective with the Richmond Police Department ("RPD").
23     2.  I authored a written statement included in an RPD report for Case #2020-00009128.
24     3.  The facts set forth in this declaration are based on my personal knowledge or information
25 I received from other law enforcement personnel. I make this declaration for the limited purpose of
26 responding to the defendant's motion to suppress evidence. This declaration does not include
27 everything I know about the investigation of the defendant.
28
   DECL. OF DET. ORLAND GUZMAN ISO UNITED STATES' OPP.
   CASE NO. CR 21-462 HSG
                                       1

4. I have been employed as a sworn Police Officer for the City Richmond, California since 2014. From January 2014 to June 2014, I attended the Napa Valley Police Academy. During my tenure with the Richmond Police Department, I have investigated numerous felonies, including the illegal possession of firearms. I have investigated at least 30 firearm-related offenses and interviewed numerous suspects for firearm related offenses. I have attended numerous firearms classes to include a 40 hour Tactical Handgun (Advanced) Course and the 60 hour Basic Firearms Instructor (Pistol, Shotgun, and Carbine) Course. I am a currently a certified firearms instructor for the Richmond Police Department.

5. On or about September 28, 2020, I was shown an Instagram video depicting an individual I recognized as Nathan Williams. In the video, Williams was inside a vehicle. On his lap, Williams appeared to have a Glock pistol.

6. On or about October 3, 2020, I was patrolling the area of 4th Street and Macdonald Avenue in Richmond, California, with another officer. I observed a black Mercedes Benz that did not have a front license plate with tinted windows that I recognized to be Williams's vehicle. I attempted to conduct a traffic stop of the vehicle, however, the vehicle failed to yield. The vehicle ran a red light, and the pursuit was ultimately terminated when the vehicle reached approximately 120 miles per hour.

7. On or about October 3, 2020, I was shown another Instagram video posted by Williams. While Williams was posting the live video, another individual joined the Instagram live video and engaged in conversation with Williams. The other individual said he heard the "rolla" make a U-Turn. Based on my training and experience, I know that "rolla" is a common term for a police officer. Williams later said "I couldn't stop boy I wasn't going out like that boy," which I believe was a reference his pursuit from police. Williams later said that "I just threw the G man out. I gotta get to the freeway about two or three in the morning." In my training and experience, I know "G" is a common reference to a Glock pistol. In the above-described conversation, I believe Williams was stating that he had thrown the gun out the window during the pursuit with the police, and he was planning to pick it up later.

8. On or about October 7, 2020, I authored and obtained a state arrest warrant for Williams. Williams was arrested outside a La Quinta Inn in Oakland, California. A search incident to arrest

DECL. OF DET. ORLAND GUZMAN ISO UNITED STATES' OPP.
CASE NO. CR 21-462 HSG

2

revealed that Williams had the keys to the Mercedes Benz involved in the pursuit in his possession, as well as key cards for La Quinta in his wallet.

9. Once Williams was in custody, I authored a search warrant for Williams's vehicle and hotel room. I understand that prior to the issuance of the search warrant, other officers on scene conducted a protective sweep of the hotel room. I decided to apply for a search warrant for Williams's room prior to the commission of the protective sweep, and was in the process of applying for the search warrant before the protective sweep was conducted. I did not participate in the protective sweep, and did not rely on anything seen during the protective sweep in the affidavit for the search warrant.

10. I participated in the search of Williams's hotel room pursuant to the search warrant and found and seized a black Glock pistol on the top shelf of the closet. A loaded ten round Glock magazine was inserted into the magazine well and the magazine contained eight rounds of Blazer 9mm Luger rounds. The firearm matched the description of the pistol in the video Williams posted on Instagram or about September 28, 2020. The firearm also had scratch marks consistent with the damage that occurs to a firearm when it is thrown onto a hard surface.

\\
\\
\\
\\

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this day of March 21, 2022 in Richmond, California.

ORLANDO GUZMAN, #1652
Detective, Richmond Police Department

DECL. OF DET. ORLAND GUZMAN ISO UNITED STATES' OPP.
CASE NO. CR 21-462 HSG

3