**ORDER/COVER SHEET**

TO:        The Honorable Donna M. Ryu                    RE:    Nathan Naloe WILLIAMS
           U.S. Magistrate Judge

FROM:      Silvio Lugo, Chief                            Docket No.:    4:21-cr-00462-HSG-1
           U.S. Pretrial Services Officer

Date:      April 29, 2022

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Elba Romero                                             415-264-5366

**U.S. Pretrial Services Officer**                      **TELEPHONE NUMBER**

We are requesting direction from the Court.  Please initial the appropriate box(es), and return this form to us so that
we may comply with your instructions.

[X]    I have reviewed the information that you have supplied.  I do not believe that this matter requires
       any further action by this Court at this time.

[ ]    Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No.
       _____ on _____ at _____.

[ ]    Inform all parties concerned that a Bail Review Hearing will be conducted by:
       Magistrate Judge _____ Presiding  District Court Judge _____

[ ]    I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's
       Pretrial Release conditions as indicated below:

[ ]    Modification(s)

           A.

           B.

           C.

[ ]    Bail Revoked/Bench Warrant Issued.

[ ]    I am returning the signed order and direct that a copy be provided to the Court file and all interested parties
       (AUSA and Defense Counsel).

[ ]    Other Instructions:

       _____

       _____

_____          5/2/2022
**JUDICIAL OFFICER DONNA M. RYU**                  **DATE**
U.S. Magistrate Judge