STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

MOLLY K. PRIEDEMAN (CABN 302096)
Assistant United States Attorney

    1301 Clay Street
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    molly.priedeman@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 21-00462 HSG |
| Plaintiff, | NOTICE OF DISMISSAL |
| v. | |
| NATHAN NALOE WILLIAMS | |
| Defendant. | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above Information against NATHAN NALOE WILLIAMS without prejudice.

DATED: May 3, 2022                                  Respectfully submitted,

                                                                      STEPHANIE M. HINDS
                                                                      United States Attorney

                                                                      *Thomas A. Colthurst*
                                                                      /s/
                                                                      THOMAS A. COLTHURST
                                                                      Chief, Criminal Division

NOTICE OF DISMISSAL
No. 21-CR-00462 HSG_____                                                                   v. 7/10/2018

1  Leave is granted to the government to dismiss the Information against NATHAN NALOE
2  WILLIAMS without prejudice.
3
4
5  Date: _____
   
   _____
   HON. HAYWOOD S. GILLIAM JR.
6  United States District Judge

NOTICE OF DISMISSAL
No. 21-CR-00462 HSG_____                                                          v. 7/10/2018